SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
NEIL A.F. POPOVIC, Cal. Bar No. 132403
Email: npopovic@sheppardmullin.com
CHARLOTTE O. CUNNINGHAM, Cal. Bar No. 287222
Email: ccunningham@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415.434.9100
Facsimile: 415.434.3947

Attorneys for Defendants ALAN WOFSY
and ALAN WOFSY & ASSOCIATES

ORIGINAL FILED
DEC 26 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

EDL

| | |
|---|---|
| YVES SICRE DE FONTBRUNE,<br>Plaintiff,<br>v.<br>ALAN WOFSY, an individual; ALAN WOFSY & ASSOCIATES; DOES 1 through 100, inclusive,<br>Defendants. | Case No. CV 13 5957<br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY)** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE THAT defendants ALAN WOFSY and ALAN WOFSY & ASSOCIATES hereby remove to this court the state court action described below.

State Court Action

1. On November 14, 2013, an action was commenced in the Superior Court of California in and for the County of Alameda, entitled YVES SICRE DE FONTBRUNE, Plaintiff v. ALAN WOFSY, ALAN WOFSY & ASSOCIATES, and DOES 1 through 100, inclusive, Defendants, as Case Number RG13703182. A copy of the

complaint, including Exhibits 1-18 thereto is attached hereto as **Exhibit A.** Copies of other court documents served on defendants are attached as **Exhibits B and C**.

Timeliness of Removal

2. The first date upon which defendants received a copy of the complaint was November 27, 2013, when defendants were served by substitute service with a copy of the complaint and a summons from the above referenced state court. Copies of the proofs of service of summons on Alan Wofsy and Alan Wofsy & Associates are attached hereto as **Exhibits D and E**, respectively.

3. Pursuant to 28 U.S.C. § 1446(b), defendants file this Notice of Removal within 30 days of service of the Summons and Complaint. *See Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.,* 526 U.S. 344, 354 (1999). Defendants have therefore timely removed this action. *See Destfino v. Reiswig,* 630 F.3d 952, 956 (9th Cir. 2011) ("each defendant is entitled to thirty days to exercise his removal rights after being served").

Jurisdiction

4. This is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332, and is one which may be removed to this Court by defendants pursuant to the provisions of 28 U.S.C. § 1441(a) in that it is a civil action between a citizen of a foreign country and citizens of a State, and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs. *See Lively v. Wild Oats Market,* 456 F.3d 933, 940 (9th Cir. 2006). Plaintiff seeks recognition of a foreign-country money judgment for the sum of $2,688,101.03. (Complaint at p. 6.)

5. Complete diversity of citizenship exists in that plaintiff Yves Sicre de Fontbrune is a citizen of France, and defendants are citizens of California. (Complaint ¶¶ 1-2.) There are no unserved defendants, and all named defendants join in this Notice of Removal. Defendants are not required to investigate the identity of unnamed Doe defendants or to obtain their consent for removal. *See Necombe v. Adolf Coors Co.,* 157 F.3d 686, 690-91 (9th Cir. 1998); 28 U.S.C. § 1441(a).

Intradistrict Assignment

6. Pursuant to Local Rule 3-2(c), assignment to the Oakland Division of this Court is proper because plaintiff originally filed this action in the California Superior court for the County of Alameda.

Notice to Plaintiff and the Superior Court

7. In compliance with 28 U.S.C. § 1446(d), defendants will serve written notice of the filing of this Notice of Removal on all parties, and will also file and serve appropriate notice with the Superior Court of California in and for Alameda County.

Conclusion

8. For the foregoing reasons, this Court has jurisdiction and defendants request this Court proceed with this matter as if plaintiff had originally filed his complaint in the United States District Court for the Northern District of California, Oakland Division.

Dated: December 26, 2013

Respectfully submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By [signature]
NEIL A.F. POPOVIĆ

Attorneys for Defendants ALAN WOFSY and ALAN WOFSY & ASSOCIATES