1
2
3
4
5
6
7

8           **UNITED STATES DISTRICT COURT**

9       **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11   YVES SICRE DE FONTBRUNE,   ) | Case No.: 3:2013-CV-05957-SC |
| 12        Plaintiff,      ) | Hon. Samuel Conti |
| 13       vs.         ) | ~~[PROPOSED]~~ **ORDER** |
| 14   ALAN WOFSY, an individual;   ) | **CONTINUING HEARING ON** |
|     ALAN WOFSY & ASSOCIATES;  ) | **DEFENDANTS' MOTION TO** |
| 15   DOES 1 through 100, inclusive,  ) | **DISMISS AND DEADLINES** |
| 16       Defendants.     ) | Prior Hearing |
|                       ) | Date:       March 7, 2014 |
| 17  ———————————— ) | New Hearing |
| 18 | Date:      March 21, 2014 |
| | Time:      10:00 am |
| | Courtroom:   1 |

19

20      The Court, having considered the Parties' Joint Stipulation to Continue

21 Hearing on Defendants' Motion to Dismiss and Deadlines, and upon a finding of

22 good cause therefor, hereby ORDERS AS FOLLOWS:

23      1.     The hearing on Defendant Alan Wofsy and Alan Wofsy &

24            Associates' Motion to Dismiss shall be and hereby is continued to

25            March 21, 2014 at 10:00 a.m. in Courtroom 1 of United States

26            District Court for the Northern District of California, located at 450

27            Golden Gate Avenue, 17th Floor, San Francisco, California 94102;

28

[PROPOSED] ORDER CONTINUING HEARING       3:2013-CV-05957-SC

2.   Plaintiff's opposition to Defendants' Motion to Dismiss is due filed and served via ECF not later than February 18, 2014;

3.   Defendants' reply to Plaintiff's opposition to the Motion to Dismiss is due filed and served via ECF not later than March 4, 2014.

DONE AND ORDERED in Chambers, in San Francisco, California.

Dated:   01/31/2014

UNITED STATES DISTRICT JUDGE



Judge Samuel Conti

[PROPOSED] ORDER CONTINUING HEARING                3:2013-CV-05957-SC