AO 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____ Northern _____ District of _____ California _____

Yves Sicre de Fontbrune

_____ Plaintiff (s),

V.

Alan Wofsy; Alan Wofsy & Associates

_____ Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

CASE NUMBER:  3:13-cv-05957-SC

Notice is hereby given that, subject to approval by the court,  Yves Sicre de Fontbrune  substitutes
                                                                    (Party (s) Name)

Richard J. Mooney , State Bar No.  176486  as counsel of record in
        (Name of New Attorney)

place of   John D. Guerrini and Elizabeth D. Fleming .
                    (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Rimon P.C. |
| Address: | One Embarcadero Center #400 |
| Telephone: | (415) 539-0443 Facsimile  (800) 930-7271 |
| E-Mail (Optional): | richard.mooney@rimonlaw.com |

I consent to the above substitution.

Date:     2/4/ 14                                    _____
                                                            (Signature of Party (s))

I consent to being substituted.

Date:     2/4/14                                     _____
                                                            (Signature of Former Attorney (s))

I consent to the above substitution.

Date:     2/4/2014                                  _____
                                                            (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:     02/10/2014                               _____
                                                                    Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]