```
 1                    UNITED STATES DISTRICT COURT
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
 2                         SAN JOSE DIVISION


 3

      YVES SICRE DE FONTBRUNE, ET
 4    AL.,
                                    CASE NO.  CV-13-5957-EJD
 5             PLAINTIFFS,
                                    SAN JOSE, CALIFORNIA
 6       VS.
                                    SEPTEMBER 20, 2018
 7    ALAN WOFSY, ET AL.,
                                    PAGES 1 - 70
 8             DEFENDANTS.

 9

10
                        TRANSCRIPT OF PROCEEDINGS
11             BEFORE THE HONORABLE EDWARD J. DAVILA
                      UNITED STATES DISTRICT JUDGE
12

13                     A-P-P-E-A-R-A-N-C-E-S

14

      FOR THE PLAINTIFFS:    RIMON, P.C.
15                           BY:   RICHARD MOONEY
                             ONE EMBARCADERO CENTER, SUITE 400
16                           SAN FRANCISCO, CALIFORNIA 94111

17

      FOR THE DEFENDANTS:    SHEPPARD, MULLIN, RICHTER & HAMPTON
18                           LLP
                             BY:   NEIL A.F. POPOVIC
19                                 SHANNA M. PEARCE
                             FOUR EMBARCADERO CENTER, 17TH FLOOR
20                           SAN FRANCISCO, CALIFORNIA 94111

21

      OFFICIAL COURT REPORTER:   IRENE L. RODRIGUEZ, CSR, RMR, CRR
22                               CERTIFICATE NUMBER 8074

23

          PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY,
24    TRANSCRIPT PRODUCED WITH COMPUTER.

25
```

|   | 1 | SAN JOSE, CALIFORNIA                           SEPTEMBER 20, 2018 |
|---|---|---|

1       SAN JOSE, CALIFORNIA                           SEPTEMBER 20, 2018

2                           P R O C E E D I N G S

02:38PM    3           (COURT CONVENED AT 2:38 P.M.)

02:38PM    4               THE COURT:  ALL RIGHT.  LET'S NOW TURN OUR ATTENTION

02:38PM    5       TO 13-5957, DE FONTBRUNE VERSUS WOFSY.  IF THOSE PARTIES COULD

02:38PM    6       COME FORWARD, PLEASE.

02:38PM    7           IF I COULD HAVE YOUR APPEARANCES, PLEASE.

02:39PM    8               MR. MOONEY:  RICHARD MOONEY FOR THE PLAINTIFFS, YOUR

02:39PM    9       HONOR.  AND IF I MIGHT SOMEWHAT ABASHEDLY BEGIN BY ASKING TO

02:39PM   10       BORROW A PEN FROM ONE OF YOUR FINE COLLEAGUES?

02:39PM   11               THE COURT:  OF COURSE.

02:39PM   12               MR. MOONEY:  THANK YOU SO MUCH.  I FEAR I LEFT IT IN

02:39PM   13       MY CAR.

02:39PM   14               MR. POPOVIC:  GOOD AFTERNOON, YOUR HONOR.

02:39PM   15       NEIL POPOVIC AND SHANNA PEARCE FOR THE DEFENDANTS.  I'D LIKE TO

02:39PM   16       THANK THE COURT FOR ALLOWING US TO HAVE A HEARING.  THIS CASE

02:39PM   17       HAS BEEN PENDING FOR APPROXIMATELY FIVE YEARS, AND THIS IS THE

02:39PM   18       FIRST TIME THAT WE HAVE APPEARED IN THE DISTRICT COURT.  SO

02:39PM   19       WE'RE HAPPY TO HAVE THE OPPORTUNITY.

02:39PM   20               THE COURT:  WELL, IT'S MY PRIVILEGE TO HAVE YOU HERE

02:39PM   21       TO TALK ABOUT THIS INTERESTING, FASCINATING CASE, AND I'M SURE

02:39PM   22       YOU'LL PROVIDE SOME MORE INFORMATION THAT WOULD BE HELPFUL AS

02:39PM   23       WELL.

02:39PM   24           AND AS YOU KNOW, THIS CASE WAS ORIGINALLY IN SAN FRANCISCO

02:40PM   25       WITH A COLLEAGUE OF MINE.  REGRETTABLY, PERHAPS YOU'RE AWARE

02:40PM 1   THAT JUDGE CONTI RECENTLY PASSED, AND IT'S A GREAT LOSS TO THE

02:40PM 2   COURT, AND HE WAS A WONDERFUL JURIST AND A GOOD FRIEND AND SO

02:40PM 3   THAT'S HOW THE CASE CAME TO ME.

02:40PM 4        SO LET ME ASK -- LET ME TURN TO THE DEFENSE FIRST AND WHY

02:40PM 5   DON'T YOU TALK TO ME, IF YOU WOULD, PLEASE, ABOUT THE RELIEF

02:40PM 6   THAT YOU'RE SEEKING IN THIS CASE AND WHY YOU THINK THE COURT

02:40PM 7   SHOULD GRANT THAT RELIEF.

02:40PM 8        MR. POPOVIC:  THANK YOU, YOUR HONOR.  I APPRECIATE

02:40PM 9   THE OPPORTUNITY.

02:40PM 10        THE RELIEF THAT WE SEEK AND AWARD IS TO HAVE THE COURT

02:40PM 11   RULE AS A MATTER OF LAW THAT THE FRENCH JUDGMENT AT ISSUE HERE

02:40PM 12   IS NOT ENTITLED TO RECOGNITION BY THIS COURT.

02:40PM 13        BEFORE I GET INTO THE SUBSTANCE OF THE REASONS WHY THOUGH,

02:41PM 14   I JUST DO WANT TO FLAG ONE ISSUE AND THAT IS THAT WE DID SUBMIT

02:41PM 15   EVIDENTIARY OBJECTIONS BOTH IN OUR OPPOSITION PAPERS, OR RATHER

02:41PM 16   OUR REPLY PAPERS IN RESPONSE TO THE EVIDENCE SUBMITTED IN

02:41PM 17   OPPOSITION AND THEN BECAUSE THERE WAS A FOURTH ROUND OF PAPERS

02:41PM 18   GIVEN THE CROSS-MOTIONS, WE SUBSEQUENTLY SUBMITTED ANOTHER

02:41PM 19   ROUND OF OBJECTIONS TO THE EVIDENCE THAT WAS SUBMITTED ON REPLY

02:41PM 20   BY PLAINTIFFS AT THIS POINT.  THERE WAS ANOTHER PASSING IN THE

02:41PM 21   COURSE OF THIS CASE.  THE NAMED PLAINTIFF PASSED AWAY WHILE THE

02:41PM 22   CASE WAS AT THE NINTH CIRCUIT.

02:41PM 23        AND ALTHOUGH I DON'T WANT TO TAKE UP TIME ARGUING ABOUT

02:41PM 24   THE EVIDENTIARY OBJECTIONS, IF THE COURT IS NOT INCLINED TO, IF

02:41PM 25   THE COURT DOES HAVE QUESTIONS ABOUT THAT, MS. PEARCE WILL

02:41PM  1    ADDRESS THE EVIDENTIARY OBJECTIONS, BUT I DO WANT TO MAKE THE

02:41PM  2    POINT THAT THEY ARE IMPORTANT BECAUSE NEITHER MOTION CAN BE

02:41PM  3    GRANTED UNLESS THEY ARE GRANTED BASED ON ADMISSIBLE EVIDENCE IN

02:41PM  4    CONNECTION WITH THE MOTION FOR SUMMARY JUDGMENT.

02:41PM  5         THE COURT:  OKAY.  WELL, MS. PEARCE, WHY DON'T YOU

02:41PM  6    TELL ME A LITTLE BIT ABOUT YOUR POSITION AS TO YOUR OBJECTIONS

02:42PM  7    IF YOU WOULD LIKE.

02:42PM  8         MS. PEARCE:  SURE.  THANK YOU, YOUR HONOR.

02:42PM  9         OUR POSITION IS THAT THE MAJORITY OF THE DECLARATIONS

02:42PM  10   WHICH WERE SUBMITTED IN SUPPORT OF PLAINTIFFS' INITIAL

02:42PM  11   CROSS-MOTION AND OPPOSITION TO OUR MOTION AS WELL AS WITH THEIR

02:42PM  12   ULTIMATE REPLY CONSISTED OF ATTORNEY FACT DECLARATIONS.

02:42PM  13        MUCH OF THAT TESTIMONY WAS NOT BASED ON -- WELL, IT WAS

02:42PM  14   NOT BASED UPON PERSONAL KNOWLEDGE, MUCH OF IT WITHOUT ANY

02:42PM  15   IDENTIFIED BASIS, BUT THE MAJORITY OF IT CONSISTS OF ATTORNEY

02:42PM  16   INTERPRETATION OF DOCUMENTS WHICH WERE NOT SUBMITTED TO

02:42PM  17   ACCOMPANY THOSE DECLARATIONS AND WERE NOT PROVIDED TO THE COURT

02:42PM  18   OR FOR OPPOSING COUNSEL TO SEE THE ACTUAL SUBSTANCE OF AND

02:42PM  19   COMMENT UPON.

02:42PM  20        THE COURT:  SO ONE DECLARATION THAT I'M VERY

02:42PM  21   INTERESTED IN IS DOCUMENT 63-2.  I THINK IT'S SERRE.  IS THAT

02:43PM  22   S-E-R-R-E?

02:43PM  23        MR. MOONEY:  YES, YOUR HONOR.

02:43PM  24        THE COURT:  RIGHT.  AND THAT HAS SOME VERY

02:43PM  25   INTERESTING AND HELPFUL INFORMATION.  DO YOU WANT -- DO YOU

02:43PM 1    HAVE AN OBJECTION TO THAT DECLARATION?

02:43PM 2             MS. PEARCE:  ABSOLUTELY.  WE HAVE QUITE A FEW

02:43PM 3    OBJECTIONS TO THAT.

02:43PM 4             THE COURT:  SURE.

02:43PM 5             MS. PEARCE:  FOR EXAMPLE, MR. SERRE'S TESTIMONY IN

02:43PM 6    THAT PARTICULAR DECLARATION PARAGRAPHS 8 TO 9 SPEAKS TO SERVICE

02:43PM 7    PERFORMED BY THE FRENCH COURT BUT DOES NOT EXPLAIN ANY BASIS

02:43PM 8    FOR THAT KNOWLEDGE.

02:43PM 9        OUR UNDERSTANDING IS THAT MR. SERRE IS NEW TO THIS CASE

02:43PM 10   AND WAS NOT INVOLVED AT THAT TIME AND HE MAY BE REFERRING TO

02:43PM 11   DOCUMENTS HE HAS SEEN, BUT HE HAS NOT IDENTIFIED THOSE

02:43PM 12   DOCUMENTS OR PROVIDED THEM FOR US TO DISCUSS AND FOR YOU TO

02:43PM 13   EXAMINE.

02:43PM 14       HE ALSO SPOKE ABOUT ACTIVITY IN THE FRENCH PROCEEDINGS

02:43PM 15   ABOUT WHAT THE DEFENDANTS HAD STATED IN THEIR EARLIER BRIEFS IN

02:43PM 16   THE FRENCH PROCEEDINGS ABOUT THE SIGNIFICANCE AND MEANING OF

02:43PM 17   DOCUMENTS ISSUED BY THE FRENCH COURT.

02:43PM 18       BUT AGAIN, THAT'S ATTORNEY INTERPRETATION OF DOCUMENTS

02:44PM 19   WHICH WERE NOT PROVIDED FOR US TO EXAMINE AND DISCUSS

02:44PM 20   OURSELVES.

02:44PM 21            THE COURT:  I THINK MR. SERRE DESCRIBES ALSO

02:44PM 22   PROCEDURES, PROTOCOLS OF THE FRENCH COURTS IN REGARDS TO THE

02:44PM 23   ENFORCEMENT DIVISION, I'LL CALL IT.

02:44PM 24       DO YOU TAKE ISSUE WITH THAT DESCRIPTION OF THE PROCEDURAL

02:44PM 25   METHODS OF THE FRENCH COURT?

02:44PM 1          MS. PEARCE:  WELL, I WOULD LIKE TO SEE WHAT

02:44PM 2     SPECIFICALLY WE'RE REFERRING TO.  IF YOU DON'T MIND, I'LL BE

02:44PM 3     HAPPY TO PULL IT UP JUST SO THAT I CAN --

02:44PM 4          THE COURT:  IT'S 63-2, AND MAYBE YOU HAVE IT AT YOUR

02:44PM 5     FINGERTIPS.

02:44PM 6          MS. PEARCE:  63-2 IT APPEARS IS MR. MOONEY'S

02:44PM 7     DECLARATION.

02:44PM 8          MR. MOONEY:  I THINK IT MIGHT BE 63-1, YOUR HONOR.

02:44PM 9          THE COURT:  YES.  THANK YOU.

02:44PM 10          MS. PEARCE:  GREAT.

02:45PM 11          THE COURT:  I THINK IT DESCRIBES -- WELL, LET ME

02:45PM 12    TURN AND INTERRUPT YOU FOR JUST A MOMENT, COUNSEL, AND TURN TO

02:45PM 13    MR. MOONEY.

02:45PM 14       MR. MOONEY, WHY DON'T YOU TELL ME WHAT YOU THINK

02:45PM 15    MR. SERRE'S DESCRIPTION OF -- AND THE WAY I LOOKED AT IT WAS

02:45PM 16    HIS DESCRIPTION OF THE FRENCH COURT VIS-A-VIS THE ENFORCEMENT

02:45PM 17    COURT.

02:45PM 18          MR. MOONEY:  SURE.  SO FROM THE QUESTIONS I GET THE

02:45PM 19    SENSE THAT THERE MAY BE TWO DIFFERENT SUBSETS HERE.  ONE IS THE

02:45PM 20    DESCRIPTIONS OF THE DOCUMENTS FROM THE COURT.  AND

02:45PM 21    UNFORTUNATELY, THERE WAS A THIRD PASSING IN THE CASE AND THE

02:45PM 22    FRENCH COUNSEL WHO REPRESENTED THE PLAINTIFFS AT THE TIME HAS

02:45PM 23    PASSED SO MR. SERRE IS NEW.  HE'S BEEN ON THE CASE THREE OR

02:45PM 24    FOUR YEARS, BUT HE WAS NOT THERE IN THE UNDERLYING ACTION.

02:46PM 25          SO OF COURSE THE FRENCH DOCUMENTS WERE OBTAINED FROM PRIOR

02:46PM  1    COUNSEL, AND, OF COURSE, DEFENDANTS HAD -- WELL, ACTUALLY THEY

02:46PM  2    HAD SOME OF THE SAME COUNSEL IN FRANCE, AND THEY HAVE FRENCH

02:46PM  3    COUNSEL AS WELL, AND THE DOCUMENTS ARE AVAILABLE TO ALL OF

02:46PM  4    COUNSEL FROM THE COURT.

02:46PM  5         ALMOST ALL OF THE DOCUMENTS THAT ARE DISCUSSED, CERTAINLY

02:46PM  6    THE MAIN ONES, ARE ATTACHED TO THE DECLARATION OR TO A

02:46PM  7    DECLARATION THAT THE DEFENDANTS HAVE PROVIDED.

02:46PM  8         SO I DON'T KNOW OF ANY IMPORTANT DOCUMENTS THAT ARE NOT

02:46PM  9    WITHIN THE RECORD.

02:46PM  10        TO THE EXTENT THAT THERE IS A DESCRIPTION OF A DOCUMENT BY

02:46PM  11   MR. SERRE IN THE RECORD WHERE THE DOCUMENT IS NOT ATTACHED,

02:46PM  12   IT'S BASED UPON HIS REVIEW -- WELL, HE SAID TO ME IT'S BASED ON

02:46PM  13   HIS REVIEW OF THE FILES.  AND I KNOW HE HAS REVIEWED THE FILES.

02:46PM  14   I KNOW I CAN REPRESENT THAT I'VE SPOKEN HUNDREDS OF TIMES WITH

02:46PM  15   HIM, AND HE APPEARS TO HAVE REVIEWED THE FILES.

02:46PM  16        CERTAINLY IF THERE'S ANY QUESTION ABOUT ANY OF THE

02:46PM  17   DOCUMENTS BEING MISCHARACTERIZED, THERE COULD HAVE BEEN A

02:46PM  18   RESPONSE TO THAT -- THEY HAVE SEVERAL LAWYERS IN FRANCE AND

02:47PM  19   SUBMITTED SEVERAL FRENCH DECLARATIONS AS YOUR HONOR IS AWARE.

02:47PM  20        SO THAT TO ME, ABSENT A SPECIFIC DOCUMENT THAT WE WANT TO

02:47PM  21   TALK ABOUT, KIND OF COVERS THE DOCUMENTS.

02:47PM  22        WITH RESPECT TO THE PROCEDURE OF WHAT HAPPENS, I THINK HE

02:47PM  23   LAID THE FOUNDATION THAT HE'S A QUALIFIED FRENCH LAWYER WHO

02:47PM  24   PRACTICES REGULARLY BOTH IN THE GRAND INSTANCE COURT AND IN THE

02:47PM  25   COURTS OF APPEALS.  HE'S BASICALLY ME BUT BETTER LOOKING, AND I

02:47PM 1    THINK HE IS COMPETENT TO DESCRIBE FOR THIS COURT THE PROCEDURES

02:47PM 2    FOLLOWED IN THE FRENCH COURT.

02:47PM 3         THE COURT:  AND IS IT YOUR POSITION, MR. MOONEY,

02:47PM 4    THAT THE COURT CAN RELY ON HIS DECLARATION OF THE PROCEDURES IN

02:47PM 5    THE FRENCH COURT?

02:47PM 6         MR. MOONEY:  I THINK IT IS.  I MEAN, THAT IS OUR

02:47PM 7    POSITION, YES, YOUR HONOR, AND I DON'T SEE WHY IT WOULDN'T BE.

02:47PM 8    THAT'S COMMON IN THESE KINDS OF CASES.

02:47PM 9         OBVIOUSLY WITH RESPECT TO LEGAL ISSUES, I LOST THIS ISSUE

02:47PM 10   IN THE COURT OF APPEALS, BUT IT'S CERTAINLY TRUE.

02:47PM 11        YOUR HONOR IS ENTITLED TO DO YOUR HONOR'S OWN RESEARCH AND

02:47PM 12   LOOK AT ANYTHING YOUR HONOR WANTS BECAUSE THAT IS TREATED AS A

02:48PM 13   QUESTION OF LAW.

02:48PM 14        BUT ONE UNDERSTANDING, PARTICULARLY WITH PROCEDURAL

02:48PM 15   ISSUES, CAN REALLY BEST BE OBTAINED BY THE PRACTITIONERS WHO

02:48PM 16   PRACTICE THERE, AND, OF COURSE, THEY HAVE THEIR PRACTITIONERS

02:48PM 17   AS WELL IF THEY DISAGREE.

02:48PM 18        THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.

02:48PM 19        SO, MS. PEARCE, I WAS CURIOUS ABOUT THE PROCEDURAL

02:48PM 20   STATEMENT OF MR. SERRE AND WHETHER OR NOT THE COURT CAN RELY ON

02:48PM 21   THAT AS HIS DECLARATION.

02:48PM 22        MS. PEARCE:  WELL, CERTAINLY OUR POSITION IS THAT

02:48PM 23   MR. SERRE UNDER FEDERAL RULE OF CIVIL PROCEDURE 44.1 MAY

02:48PM 24   PROVIDE TESTIMONY AND OPINION ABOUT FRENCH LAW, BUT IN TERMS OF

02:48PM 25   FACTUAL TESTIMONY, I THINK THAT'S WHERE OUR OBJECTIONS LIE.

02:48PM 1        THE COURT:  SO CAN I RELY ON MR. SERRE WHEN HE

02:48PM 2    DESCRIBES THE NUANCE OF THE FRENCH COURT SYSTEM VIS-A-VIS THE

02:48PM 3    EQUIVALENT TRIAL COURT, IF YOU WILL, AND THEN THE SUBSEQUENT

02:49PM 4    ENFORCEMENT COURT AND HOW ONE RECEIVES OR GOES TO THAT COURT TO

02:49PM 5    APPARENTLY ENFORCE A JUDGMENT?

02:49PM 6        MS. PEARCE:  WELL, I THINK THAT -- YOU KNOW, MY

02:49PM 7    COLLEAGUE HERE MAY HAVE SOME OPINIONS TO SHARE ABOUT THE

02:49PM 8    COMPARISONS BETWEEN THE TWO SYSTEMS, AND I KNOW THAT OUR EXPERT

02:49PM 9    HAS ALSO SPOKEN TO THOSE ISSUES AND WHAT IS APPLES TO APPLES

02:49PM 10   AND WHAT IS APPLES TO ORANGES.

02:49PM 11       SO IF YOU DON'T MIND, I WOULD LIKE TO LEAVE THAT TOPIC TO

02:49PM 12   MR. POPOVIC TO ADDRESS.

02:49PM 13       THE COURT:  SURE.  OKAY.  MR. POPOVIC.

02:49PM 14       MR. POPOVIC:  YES, YOUR HONOR.  THANK YOU.

02:49PM 15   CERTAINLY MR. SERRE IS IN A POSITION TO EXPRESS HIS OPINION

02:49PM 16   ABOUT FRENCH PROCEDURE.  THAT'S A DESCRIPTION OF FOREIGN LAW AS

02:49PM 17   TO WHICH HE EXPRESSES AN OPINION.  IT'S NOT A FACT.

02:49PM 18       AND WE HAVE PRESENTED COUNTER EXPERT TESTIMONY AS TO OUR

02:49PM 19   UNDERSTANDING OF THE FRENCH PROCEDURE AND THE IMPORT OF VARIOUS

02:49PM 20   STEPS ALONG THE PATH TO ENFORCEMENT AND SUBSEQUENT TO

02:50PM 21   ENFORCEMENT.

02:50PM 22       IF THERE'S A PARTICULAR ASPECT OF HIS OPINION, SOME

02:50PM 23   EXPRESSION HE MADE, AND I HAVE ONE IN MIND THAT YOUR HONOR IS

02:50PM 24   INTERESTED IN, THEN CERTAINLY WE CAN RESPOND TO THAT.

02:50PM 25       I SENSED PERHAPS FROM YOUR INITIAL QUESTION THAT WHAT YOU

02:50PM 1    WERE GETTING AT IS HIS CHARACTERIZATION OF THE FRENCH NOTION OF

02:50PM 2    SUBJECT MATTER JURISDICTION AND WHETHER THE ENFORCEMENT COURT

02:50PM 3    HAS IN EFFECT SUBJECT MATTER JURISDICTION OVER ANY ENFORCEMENT

02:50PM 4    ACTION WHICH I UNDERSTAND TO BE PLAINTIFFS' POSITION.

02:50PM 5         AND OUR POSITION IN RESPONSE TO THAT IS A LEGAL POSITION.

02:50PM 6    IT'S NOT A -- IT'S NOT QUESTIONING HIS VERACITY, BUT IT'S

02:50PM 7    QUESTIONING THE PERSUASIVENESS OF HIS OPINION AND OUR VIEW OF

02:50PM 8    THAT BACKED UP BY THE EXPERTS, INCLUDING THE PRACTITIONER

02:50PM 9    MS. LE GUILLOU IS THAT THE -- CERTAINLY THE ENFORCEMENT COURT

02:50PM 10   IS THE PLACE WHERE YOU WOULD BRING AN ENFORCEMENT ACTION, BUT

02:50PM 11   THAT'S NOT THE WHOLE ISSUE IN TERMS OF SUBJECT MATTER

02:50PM 12   JURISDICTION.

02:51PM 13        SUBJECT MATTER JURISDICTION ALSO INCLUDES THE QUESTION OF

02:51PM 14   WHETHER THE PARTICULAR CASE IS ONE THAT THAT COURT CAN ADDRESS

02:51PM 15   THE MERITS OF.  IT'S ANALOGOUS TO A STANDING ISSUE HERE.

02:51PM 16        IN THE UNITED STATES FEDERAL SYSTEM WE REFER TO OR WE

02:51PM 17   TREAT STANDING, ARTICLE III STANDING AS AN ISSUE OF SUBJECT

02:51PM 18   MATTER JURISDICTION WHEREAS WE TREAT STATUTORY STANDING AS A

02:51PM 19   QUESTION OF THE MERITS.

02:51PM 20        AND IN -- EXCUSE ME.  IN THE FRENCH SYSTEM THEY DON'T USE

02:51PM 21   THE TERM "SUBJECT MATTER JURISDICTION," BUT THEY DO USE

02:51PM 22   "STANDING" AND THEY CONSIDER "STANDING" IN THE CONTEXT

02:51PM 23   OF IRRECEVABILITE.

02:51PM 24        I AM SORRY, I AM SPEAKING TOO QUICKLY.  IT'S A FRENCH WORD

02:51PM 25   THAT I AM GOING TO MISPRONOUNCE PROBABLY.

02:51PM  1          THE COURT:  CAN YOU SPELL IT.

02:51PM  2          MR. POPOVIC:  IT'S I-R-R-E-C-E-V-A-B-I-L-I-T-E WITH

02:51PM  3   AN ACCENT.

02:51PM  4       AND THAT IS -- BUT THE FUNCTION OF THAT DOCTRINE IS THE

02:52PM  5   SAME AS STANDING UNDER THE ARTICLE III CONTEXT IN THE UNITED

02:52PM  6   STATES COURT WHERE THE COURT MUST DETERMINE DOES THE PLAINTIFF

02:52PM  7   HAVE THE RIGHT TO PURSUE THIS MATTER?  DOES THE PLAINTIFF HAVE

02:52PM  8   THE REQUISITE INTEREST IN THE OUTCOME OF THE CASE?  AND IF NOT,

02:52PM  9   THEN JUST AS YOUR HONOR WOULD NOT REACH THE MERITS, A FRENCH

02:52PM  10  COURT WOULD NOT REACH THE MERITS AND THE CASE IS DEEMED

02:52PM  11  INADMISSIBLE JUST AS HERE IT WOULD BE DEEMED -- IT WOULD BE

02:52PM  12  DISMISSED FOR A LACK OF SUBJECT MATTER JURISDICTION.

02:52PM  13      AND THAT GOES TO OUR ARGUMENT UNDER THAT PRONG OF THE

02:52PM  14  UNIFORM FOREIGN COUNTRY MONEY JUDGMENTS RECOGNITION ACT THAT

02:52PM  15  THE FRENCH COURT LACKED SUBJECT MATTER JURISDICTION.

02:52PM  16          THE COURT:  AND SINCE WE'RE TALKING ABOUT THAT,

02:52PM  17  THAT'S ONE TOPIC I DID WANT TO HEAR ABOUT.  SO TELL ME YOUR

02:52PM  18  POSITION ON THAT AGAIN, WHY DO YOU THINK THAT THAT COURT LACKED

02:52PM  19  SUBJECT MATTER JURISDICTION?

02:52PM  20          MR. POPOVIC:  THE FRENCH COURT LACKED SUBJECT MATTER

02:53PM  21  JURISDICTION BECAUSE THE PLAINTIFF, THE ORIGINAL PLAINTIFF,

02:53PM  22  MR. DE FONTBRUNE, TRANSFERRED THE UNDERLYING COPYRIGHT SHORTLY

02:53PM  23  AFTER THE 2001 UNDERLYING JUDGMENT, NOT THE ENFORCEMENT

02:53PM  24  JUDGMENT THAT WE'RE NOW HERE TALKING ABOUT, BUT THE PRIOR

02:53PM  25  JUDGMENT THAT WAS SUBSEQUENTLY ENFORCED.

02:53PM  1        THE ORIGINAL PLAINTIFF TRANSFERRED THAT PRIOR TO BRINGING

02:53PM  2    THE ENFORCEMENT ACTION.  SO AT THE TIME HE BROUGHT THE

02:53PM  3    ENFORCEMENT ACTION, ALTHOUGH HE DID NOT CALL THIS TO THE

02:53PM  4    ATTENTION OF THE FRENCH COURT, HE DID NOT OWN THE COPYRIGHTS AT

02:53PM  5    ISSUE AND INDEED IN PAPERS THAT HE SUBMITTED TO GET THE FRENCH

02:53PM  6    OFFICIALS TO SEIZE COPIES OF THE BOOKS, HE SAID THAT HE HAD

02:53PM  7    TRANSFERRED NOT JUST THE COPYRIGHT BUT THE RIGHTS THAT ARISE

02:53PM  8    OUT OF THE 2001 JUDGMENT.

02:53PM  9        SO IT IS OUR POSITION THAT THAT MEANT THAT HE DID NOT HAVE

02:53PM  10   STANDING TO ENFORCE AN INJUNCTIVE COMPONENT OF AN ORDER; THAT

02:53PM  11   THE INJUNCTIVE COMPONENT WAS REQUIRING THE DEFENDANTS TO GET

02:54PM  12   RID OF AND NOT SELL IN FRANCE ANY COPIES OF THESE BOOKS.

02:54PM  13       ONCE THE COPYRIGHT IS TRANSFERRED, THAT'S NOT HIS INTEREST

02:54PM  14   ANYMORE AND ONCE HE HAS SAID -- AND SO PLAINTIFFS HAVE ARGUED,

02:54PM  15   WELL, EVEN THOUGH THE COPYRIGHTS WERE TRANSFERRED, THE RIGHTS

02:54PM  16   IN THE JUDGMENT WERE NOT TRANSFERRED.

02:54PM  17            THE COURT:  RIGHT.  THE JUDGMENT EXISTED; RIGHT?

02:54PM  18            MR. POPOVIC:  THE JUDGMENT EXISTS, BUT THERE ARE TWO

02:54PM  19   PROBLEMS WITH THAT ARGUMENT.

02:54PM  20       ONE IS THAT AS A MATTER OF CONTRACT THE RIGHTS IN THE

02:54PM  21   JUDGMENT WERE TRANSFERRED AND AS A MATTER OF THE PLAINTIFF

02:54PM  22   MAKING A REPRESENTATION TO THE FRENCH COURT, HE REPRESENTED TO

02:54PM  23   THE FRENCH COURT THAT THE RIGHTS ACQUIRED IN THE JUDGMENT,

02:54PM  24   WHICH WOULD BE THE ASTREINTE THAT IS AT ISSUE HERE --

02:54PM  25            THE COURT:  HOW DO YOU SPELL THAT?

02:54PM 1          MR. POPOVIC:  A-S-T-R-E-I-N-T-E -- WERE TRANSFERRED

02:54PM 2    AS WELL.

02:54PM 3          MOREOVER, AS YOUR HONOR HAS HEARD THAT WE HAD A TRIP TO

02:54PM 4    THE NINTH CIRCUIT IN THIS CASE, AND ONE OF THE THINGS THAT WAS

02:55PM 5    AT ISSUE WAS HOW YOU PROVE FOREIGN LAW.  ON THAT PART WE

02:55PM 6    PREVAILED.

02:55PM 7          ON THE PART ABOUT WHETHER THE FRENCH REMEDY WAS A FINER

02:55PM 8    PENALTY, WE DID NOT PREVAIL.  AND IN REACHING THE CONCLUSION

02:55PM 9    THAT THE LIQUIDATION OF ASTREINTE IS NOT A FINAL PENALTY, THE

02:55PM 10   NINTH CIRCUIT COMMENTED ABOUT HOW THE ASTREINTE IS TO PROTECT

02:55PM 11   HIS COPYRIGHT, THAT IS, THE PLAINTIFFS' COPYRIGHT.

02:55PM 12         SO TO GET TO THE DETERMINATION THAT THE ASTREINTE IS NOT A

02:55PM 13   FINAL PENALTY, THE COURT -- THE NINTH CIRCUIT RECOGNIZED OR

02:55PM 14   TREATED IT AS BEING SOMETHING THAT GOES ALONG WITH THE

02:55PM 15   COPYRIGHTS AND SO THAT'S WHY IT IS CONTINUING TO COMPENSATE THE

02:55PM 16   PLAINTIFF FOR INFRINGEMENT OF HIS COPYRIGHT.

02:55PM 17         HAVING TAKEN THAT POSITION, AND PREVAILED IN THE NINTH

02:55PM 18   CIRCUIT ON THAT ISSUE, PLAINTIFFS NOW COME BACK, INTERESTINGLY

02:55PM 19   THEY SUBMIT A DECLARATION FROM AN EXPERT WHO IS TRYING TO

02:56PM 20   CHARACTERIZE WHETHER YOU CAN TRANSFER IT.

02:56PM 21         IN THAT DECLARATION THEY TRANSLATE THE WORD "ASTREINTE" AS

02:56PM 22   PENALTY 26 TIMES BECAUSE NOW THEY DON'T NEED TO SHOW THAT IT'S

02:56PM 23   NOT A PENALTY, BUT MORE IMPORTANTLY IN SUBSTANCE THE PURPOSE OF

02:56PM 24   THAT IS THAT THEY'RE TRYING TO ARGUE THAT THE ASTREINTE IS NOT

02:56PM 25   TIED TO THE COPYRIGHT BUT THAT'S IT'S TIED INSTEAD TO THE

02:56PM 1    JUDGMENT, AND, THEREFORE, WASN'T TRANSFERRED WHEN THE COPYRIGHT

02:56PM 2    TRANSFERRED.

02:56PM 3        THEY CAN'T TAKE THAT POSITION BECAUSE THE LAW OF THE CASE

02:56PM 4    NOW, BASED ON THE NINTH CIRCUIT, IS THAT THE ASTREINTE IS TO

02:56PM 5    PROTECT THE COPYRIGHT.

02:56PM 6        MOREOVER, THERE'S THE FACTUAL EVIDENCE THAT

02:56PM 7    MR. DE FONTBRUNE REPRESENTED TO THE FRENCH AUTHORITIES THAT THE

02:56PM 8    RIGHTS ACQUIRED IN THE 2001 JUDGMENT WERE TRANSFERRED ALONG

02:56PM 9    WITH THE COPYRIGHTS.

02:56PM 10       SO BACKING UP TO HOW DOES THAT AFFECT SUBJECT MATTER

02:56PM 11   JURISDICTION, THAT MEANS THAT WHEN MR. DE FONTBRUNE INITIATED

02:56PM 12   THE ENFORCEMENT ACTION IN FRANCE IN 2011, HE DID NOT HAVE

02:57PM 13   STANDING, AND, THEREFORE, THAT FRENCH COURT DID NOT HAVE

02:57PM 14   SUBJECT MATTER JURISDICTION.

02:57PM 15           THE COURT:  I THINK I CAPTURE THAT.  AND IT SEEMS

02:57PM 16   LIKE THAT WAS -- IF YOU'LL PARDON ME, IT WAS A RECENT DISCOVERY

02:57PM 17   BY YOUR CLIENT.

02:57PM 18           MR. POPOVIC:  YES.  AND IT WAS A KIND OF AN IRONIC

02:57PM 19   DISCOVERY BECAUSE THE WAY WE LEARNED ABOUT THIS IS WAS THAT

02:57PM 20   WHEN THE INITIAL COMPLAINT WAS FILED IN ALAMEDA COUNTY IN THIS

02:57PM 21   CASE THERE WAS AN EXHIBIT ATTACHED FROM ANOTHER CASE.

02:57PM 22       AND THE EXHIBIT FROM THE OTHER CASE WAS A JUDGMENT WHERE

02:57PM 23   THE COURT IN THE OTHER CASE HAD FOUND SUA SPONTE WITHOUT

02:57PM 24   MR. WOFSY OR HIS COMPANY APPEARING THAT THE PLAINTIFFS LACKED

02:57PM 25   STANDING TO PURSUE COPYRIGHT INFRINGEMENT FOR A NUMBER OF

02:57PM 1    VOLUMES OF THE BOOK, INCLUDING THE TWO VOLUMES AT ISSUE IN THE

02:57PM 2    UNDERLYING CASE HERE.

02:57PM 3              THE COURT:  OKAY.

02:57PM 4              MR. MOONEY:  SO LET ME JUST SAY THAT IT'S NOT SO

02:57PM 5    IRONIC.  THE REASON THAT MR. WOFSY DID NOT FIND OUT ABOUT THE

02:57PM 6    RULING IN THE OTHER CASE IS BECAUSE HE WROTE A SNARKY NOTE BACK

02:57PM 7    TO THE FRENCH COURT SAYING, "I'M NOT GOING TO SHOW UP."

02:58PM 8         SO HE WOULD HAVE KNOWN A LONG TIME EARLIER.

02:58PM 9              THE COURT:  WELL, THERE IS SOME -- AND WE'LL

02:58PM 10   PROBABLY GET INTO THAT HISTORY ABOUT THE TIMING OF THINGS.  AND

02:58PM 11   JUST, FRANKLY, LET ME JUST SAY THIS, I'VE LOOKED AT THE

02:58PM 12   TIMELINES HERE AND WHAT HAPPENED AND I DON'T MEAN TO INTERRUPT

02:58PM 13   YOUR COLLOQUY HERE OR YOUR RESPONSE --

02:58PM 14             MR. MOONEY:  NOT AT ALL, YOUR HONOR.

02:58PM 15             THE COURT:  BUT IT DOES APPEAR THAT THERE WAS SOME

02:58PM 16   ISSUE ABOUT NOTICE, THAT'S ANOTHER THING THAT WE'LL PROBABLY

02:58PM 17   TALK ABOUT.

02:58PM 18             MR. POPOVIC:  YES, YOUR HONOR.

02:58PM 19             THE COURT:  AND THEN THERE'S A -- I DON'T KNOW IF

02:58PM 20   YOUR CLIENT IS RELYING ON THE FACT THAT HE RECEIVED A DOCUMENT

02:58PM 21   THAT WAS IN FRENCH AND HE'S RELYING ON HAGUE LANGUAGE OR A

02:58PM 22   CALIFORNIA CASE PERHAPS THAT SAID IF IT'S NOT IN ENGLISH, IT'S

02:58PM 23   NOT ENFORCEABLE, AND WE DON'T HAVE TO LOOK AT IT.  YOU DON'T

02:58PM 24   HAVE TO ANSWER RIGHT NOW.

02:58PM 25             MR. POPOVIC:  WE WILL.  WE WILL.

02:58PM   1          THE COURT:  I'M GIVING YOU A PREVIEW OF THINGS --

02:58PM   2          MR. POPOVIC:  THANK YOU, YOUR HONOR.

02:58PM   3          THE COURT:  -- I'VE LOOKED AT AND THEY'RE OF

02:58PM   4   INTEREST TO ME.

02:58PM   5      AND THEN AS I UNDERSTAND IT YOUR CLIENT IS FLUENT IN

02:59PM   6   FRENCH AND CAN READ AND WRITE FRENCH AND CERTAINLY SPEAK AND

02:59PM   7   UNDERSTAND IT.

02:59PM   8      SO THERE'S SOME NOTICE ISSUE.  AND THE QUESTION -- AND

02:59PM   9   AGAIN, I'M BEING VERY FRANK HERE -- IS THERE AN ISSUE ABOUT

02:59PM  10   WHETHER OR NOT YOUR CLIENT ACTUALLY DID HAVE KNOWLEDGE AND

02:59PM  11   CHOSE TO VOLUNTARILY ABSENT HIMSELF?  DID HE HAVE A SELECTIVE

02:59PM  12   DECISION ABOUT WHEN HE WAS GOING TO PARTICIPATE AND NOT SUCH

02:59PM  13   THAT IF YOU LOOK AT A TIMELINE, IT COULD BE ARGUED PERHAPS THAT

02:59PM  14   HE CHOSE TO ABSENT HIMSELF VOLUNTARILY, AND, THEREFORE, I THINK

02:59PM  15   THE PHRASE IN LAW SCHOOL WAS SLEPT ON HIS RIGHTS AND THEN TRIED

02:59PM  16   TO COME BACK IN?

02:59PM  17          I'M JUST GIVING YOU A PREVIEW OF WHERE THAT IS.

02:59PM  18          MR. POPOVIC:  I APPRECIATE THAT, YOUR HONOR.

02:59PM  19          THE COURT:  MR. MOONEY, I'LL LET YOU CONTINUE NOW.

02:59PM  20          MR. MOONEY:  SO JUST ON A POINT OF PERSONAL

02:59PM  21   PRIVILEGE, YOUR HONOR.  I, OF COURSE, DID NOT DO THE

02:59PM  22   TRANSLATIONS OF THE DECLARATION SO WHEN MY FRIEND AND ADVERSARY

02:59PM  23   MR. POPOVIC SAYS THAT WE CHANGED THE TRANSLATION, OF COURSE

02:59PM  24   THAT'S NOT TRUE.  WE HAD NOTHING TO DO WITH THE TRANSLATION.

02:59PM  25      AND I THINK COUNSEL ALSO STRETCHES THE CHARACTERIZATION OF

02:59PM 1    THE NINTH CIRCUIT DECISION WHICH WAS NOT IN THE BRIEFING AND IS

03:00PM 2    A NEW ARGUMENT HERE.

03:00PM 3        THE FOCUS OF THE NINTH CIRCUIT DECISION IS THAT IT IS

03:00PM 4    MONEY BEING PAID TO AN INDIVIDUAL BASED UPON RIGHTS OF AN

03:00PM 5    INDIVIDUAL, WHETHER THEY HAPPEN NOW OR HAPPENED BEFORE OR

03:00PM 6    WHATEVER AND NOT TO THE GOVERNMENT.

03:00PM 7        THE COURT:  AS A PENALTY?

03:00PM 8        MR. MOONEY:  EXACTLY.  AND THAT'S TRADITIONALLY BEEN

03:00PM 9    THE DEFINITION OF FINE OR PENALTY AND THE NINTH CIRCUIT

03:00PM 10   CONCLUDED THAT THAT WAS APPROPRIATE.

03:00PM 11       WITH RESPECT TO WHAT HAPPENED HERE, THERE ARE TWO -- THERE

03:00PM 12   ARE SEVERAL POSSIBLE ISSUES.  ONE IS THAT THERE IS A DISPUTE

03:00PM 13   ABOUT WHETHER THERE WAS A TRANSFER OF THE RIGHTS ASSOCIATED

03:00PM 14   WITH THE JUDGMENT.

03:00PM 15       OBVIOUSLY AT THE TIME THAT MR. DE FONTBRUNE WENT TO COURT,

03:00PM 16   HE WENT WITH THE COMPANY TO WHOM HE HAD SOLD HIS FONDS DU

03:00PM 17   COMMERCE.  F-O-N-D-S, NEW WORD D-U, AND THEN COMMERCE IS

03:00PM 18   COMMERCE.

03:00PM 19       AND THEY EACH WENT WITH RESPECT TO DIFFERENT RIGHTS;

03:00PM 20   RIGHT?  AND HE -- THERE WAS NO DISPUTE AT THE TIME THAT HE DID

03:01PM 21   NOT OWN THOSE COPYRIGHTS.  THE QUESTION WAS WHETHER THERE WAS A

03:01PM 22   TRANSFER.

03:01PM 23       WITH THE FONDS DU COMMERCE OF THE RIGHTS FROM THE JUDGMENT

03:01PM 24   WE HAVE VERY LONG, VERY DIFFICULT TO UNDERSTAND COMPETING

03:01PM 25   DECLARATIONS, NOT AN ISSUE.

03:01PM 1     BUT I'M GOING TO HOPE THAT YOUR HONOR DOESN'T HAVE TO

03:01PM 2     WEIGH THROUGH ALL OF THAT; RIGHT?  BECAUSE ESSENTIALLY THE

03:01PM 3     ARGUMENT THAT THEY'RE MAKING IS THAT IF I HAVE A CONTRACT WITH

03:01PM 4     YOUR HONOR THAT I WILL MOW THE LAWN, AND YOU'LL PAY ME $100 AND

03:01PM 5     I COME INTO FEDERAL COURT -- WELL, MAKE IT $75,001.

03:01PM 6         SO I COME INTO FEDERAL COURT, AND THE DEFENDANT GETS UP

03:01PM 7     AND SAYS -- OR YOU GET UP, YOUR HONOR, AND YOU SAY I GAVE YOU

03:01PM 8     THE $75,001, HERE'S THE CHECK.

03:01PM 9         THE COURT DOES NOT SAY, WELL, WAIT A MINUTE, MAYBE YOU

03:01PM 10    TRANSFERRED YOUR RIGHTS UNDER THE CONTRACT TO YOUR SISTER AND

03:01PM 11    IF YOU DID, I DON'T HAVE ANY JURISDICTION TO DECIDE THE CASE

03:02PM 12    BECAUSE YOU DON'T HAVE STANDING.

03:02PM 13        THAT'S NOT WHAT ARTICLE III STANDING IS ABOUT; RIGHT?

03:02PM 14        ARTICLE III STANDING -- AND THERE'S A SEPARATE ISSUE ABOUT

03:02PM 15    STATUTORY STANDING IN THE COPYRIGHT ACT CASE THAT THE

03:02PM 16    DEFENDANTS CITE.

03:02PM 17        BUT THE QUESTION OF ARTICLE III STANDING IS WHETHER YOU

03:02PM 18    HAVE A CONCRETE INTEREST; RIGHT?  SO I WANT TO PROTECT A RIVER

03:02PM 19    THAT I HAVE NEVER SEEN.  I DON'T HAVE STANDING TO DO THAT.  I

03:02PM 20    HAVE TO SHOW THAT I HAVE SOME KIND OF INTEREST.  I USE THE

03:02PM 21    RIVER, I PHOTOGRAPH THE RIVER, YOU KNOW, WHATEVER.

03:02PM 22        THIS IS NOT A JURISDICTIONAL QUESTION IN THE SENSE THAT

03:02PM 23    THE UNITED STATES USES JURISDICTION.  IT'S SIMPLY A MERITS

03:02PM 24    QUESTION.  DO I WIN THE LAWSUIT AGAINST YOUR HONOR OR NOT?  AND

03:02PM 25    I SHOULDN'T HAVE USED YOUR HONOR AS PART OF THE EXAMPLE BUT --

03:02PM 1    THE COURT:  THAT'S QUITE ALL RIGHT.

03:02PM 2    MR. MOONEY:  AND IF THEY ARE CORRECT ABOUT WHAT WAS

03:02PM 3    TRANSFERRED, THEN THE ANSWER TO THAT WOULD BE NO.  WE SHOULD

03:02PM 4    LOSE.  MY CLIENT SHOULD HAVE LOST.

03:02PM 5    AND MAYBE HE WOULD HAVE LOST IF THEY HAD GONE TO COURT,

03:02PM 6    BUT THEY HAD AMPLE OPPORTUNITIES TO GO TO COURT AND THEY

03:03PM 7    DIDN'T, AND MY CLIENT WON.  AND SO NOW MY CLIENT HAS A MONEY

03:03PM 8    JUDGMENT THAT HE THINKS SHOULD BE ENFORCED.

03:03PM 9    AND INDEED THE SAME THING IS TRUE WITH RESPECT TO THE

03:03PM 10   FRENCH PRACTICE.  SO MADAM LE GUILLOU TESTIFIES THAT THIS IS AN

03:03PM 11   ISSUE THAT CAN BE BROUGHT UP AT ANY TIME, THIS QUESTION OF

03:03PM 12   IRRECEVABILITE BE BROUGHT UP AT ANY TIME, AND IS NOT WAIVED IF

03:03PM 13   YOU DON'T BRING IT UP FIRST, AND IT'S TYPICALLY BROUGHT UP AT

03:03PM 14   THE BEGINNING.

03:03PM 15   (LOUD NOISE.)

03:03PM 16   THE COURT:  YOU KNOW, THEY'RE DOING SOME WORK ON OUR

03:03PM 17   ROOF AND MY HOPE IS THAT THEY STAY ON THAT SIDE OF THE ROOF,

03:03PM 18   BUT WE'LL SEE.

03:03PM 19   MR. MOONEY:  BUT SHE DOES NOT SAY, YOUR HONOR, THAT

03:03PM 20   THAT QUESTION MUST BE DECIDED FIRST, RIGHT, JUST AS IN MY

03:03PM 21   EXAMPLE IF IT TURNS OUT THAT MR. WOFSY WENT TO COURT AND SAYS I

03:03PM 22   DIDN'T PUBLISH THAT BOOK AND THE COURT SAID, OH, YEAH, YOU'RE

03:04PM 23   RIGHT, YOU DIDN'T VIOLATE THE JUDGMENT, AND, THEREFORE, YOU

03:04PM 24   DON'T HAVE TO PAY, BYE BYE.  THAT'S ALL THAT HAS TO HAPPEN.

03:04PM 25   AND INDEED MR. SERRE SO TESTIFIED IN HIS SECOND

03:04PM 1    DECLARATION, WHICH ADMITTEDLY HE SIGNED LATE ALTHOUGH HE TOLD

03:04PM 2    ME THAT I COULD FILE THAT AND HE AUTHORIZED THAT IN A TIMELY

03:04PM 3    MANNER.

03:04PM 4        BUT EVEN SETTING ASIDE THAT DECLARATION, MADAM LE GUILLOU

03:04PM 5    DOES NOT TESTIFY THAT THIS IS A JURISDICTIONAL QUESTION IN THE

03:04PM 6    WAY THAT SUBJECT MATTER JURISDICTION IS DETERMINED FOR THESE

03:04PM 7    PURPOSES.

03:04PM 8        THIS IS REALLY AN EXCEPTION FOR A DIVORCE COURT ENTERING

03:04PM 9    SOMETHING ABOUT AN IP CASE OR SOMETHING LIKE THAT.  THERE ARE

03:04PM 10   NO CASES THAT I CAN RECALL WHERE THIS HAS BEEN A SUCCESSFUL

03:04PM 11   DEFENSE; RIGHT?  BECAUSE THE FRENCH COURT DETERMINES ITS

03:04PM 12   JURISDICTION.  THIS IS CLEARLY THE ENFORCEMENT DIVISION.  THEY

03:04PM 13   CLEARLY HAVE JURISDICTION OVER THIS TYPE OF A CASE.

03:04PM 14       IT MIGHT HAVE BEEN WRONG, BUT WE'RE NOT HERE TO DETERMINE

03:04PM 15   WHETHER THEY'RE WRONG.

03:04PM 16           THE COURT:  AND WAS THERE -- AGAIN, THIS GETS INTO I

03:05PM 17   THINK THE CALIFORNIA STATUTE REGARDING PROCESS.

03:05PM 18           MR. MOONEY:  YES.

03:05PM 19           THE COURT:  AND WHEN WE LOOK AT PROCESS, WAS THERE

03:05PM 20   ENOUGH PROCESS PROVIDED?  AND I HAVE A RECOLLECTION THAT WHEN

03:05PM 21   YOUR CLIENT RECEIVED THE NOTICE OF THE FINAL JUDGMENT OR

03:05PM 22   ACTUALLY BEFORE IT WAS FINAL, THERE WAS AN OPPORTUNITY TO

03:05PM 23   APPEAL.  HE DID HAVE SOME APPELLATE REMEDIES.

03:05PM 24       AND MAYBE THAT'S NOT PERTINENT TO THIS DISCUSSION HERE,

03:05PM 25   BUT I'M JUST CURIOUS ABOUT THAT.

03:05PM   1          MR. POPOVIC:  YOUR HONOR, FIRST OF ALL, WE WOULD

03:05PM   2   ARGUE THAT THAT NOTICE SUCH AS IT WAS IN NOVEMBER OF 2011 WAS

03:05PM   3   NOT SUFFICIENT TO GIVE HIM THE INFORMATION THAT HE NEEDED TO

03:05PM   4   PROTECT HIS RIGHTS.

03:05PM   5          THE COURT:  WHY NOT?

03:05PM   6          MR. POPOVIC:  BECAUSE THAT WAS -- FIRST OF ALL, THAT

03:05PM   7   WAS NOT A SUMMONS.  IT WAS A PIECE OF PAPER THAT IS IN THE

03:05PM   8   RECORD HERE THAT SAYS THE COURT HAS DECIDED WE WILL HAVE

03:05PM   9   FURTHER PROCEEDINGS SO THAT THE PLAINTIFF CAN SUBMIT PROOF OF

03:05PM   10  SERVICE EFFECTIVELY AND IT MENTIONS AN APPEAL.  IT IS NOT -- IT

03:06PM   11  DOES NOT SATISFY THE REQUIREMENTS OF DUE PROCESS UNDER U.S. OR

03:06PM   12  CALIFORNIA LAW AS TO WHAT IS REQUIRED IN THE FIRST DOCUMENT

03:06PM   13  THAT A DEFENDANT GETS TO PUT THE DEFENDANT ON NOTICE AND TO

03:06PM   14  SATISFY THE REQUIREMENTS OF DUE PROCESS.

03:06PM   15         THE COURT:  DO WE LOOK FOR -- PARDON ME FOR

03:06PM   16  INTERRUPTING.

03:06PM   17         MR. POPOVIC:  THAT'S QUITE ALL RIGHT.

03:06PM   18         THE COURT:  DO WE LOOK FURTHER IN THIS CASE, THOUGH,

03:06PM   19  BECAUSE WE KNOW THAT THESE PARTIES HAD BEEN AND WERE ENGAGED IN

03:06PM   20  SOME SIGNIFICANT AND LENGTHY LITIGATION SUCH THAT HE HAD SOME

03:06PM   21  NOTICE ABOUT THIS?

03:06PM   22         MR. POPOVIC:  WELL, BUT, YOUR HONOR, TEN YEARS

03:06PM   23  PRIOR WE'RE TALKING ABOUT PROCES.

03:06PM   24         THE COURT:  BUT WOULDN'T HE HAVE KNOWN?  I'M SORRY,

03:06PM   25  WOULDN'T HE HAVE KNOWN?  WOULDN'T HE HAVE KNOWN IF HE SEES HIS

03:06PM 1    NAME THERE, HE SEES THE NAME OF HIS ADVERSARY THERE, HE SEES A

03:06PM 2    DATE THERE, IT HAS LANGUAGE THAT TALKS ABOUT JUDGMENT AND

03:06PM 3    SOMETHING ELSE, PARTICULARLY SINCE HE READS FRENCH, MY

03:06PM 4    GOODNESS, WOULDN'T HE HAVE KNOWN?

03:06PM 5              MR. POPOVIC:  HE KNOWS THAT THERE IS SOMETHING THAT

03:06PM 6    HE HAS SUBMITTED A SWORN AND UNOPPOSED DECLARATION THAT HE DID

03:07PM 7    NOT UNDERSTAND THE LEGAL SIGNIFICANCE OF THAT.

03:07PM 8         YOU AND I MAY SPEAK -- I SPEAK SOME CONVERSATIONAL FRENCH

03:07PM 9    BUT I WOULD NEVER, EVER TRY TO REPRESENT A PARTY IN COURT IN

03:07PM 10   FRANCE BECAUSE I -- AND I HAVE DONE BUSINESS WITH FRENCH

03:07PM 11   LAWYERS, BUT I'M NOT GOING TO RELY ON MY OWN EVEN IF I CAN

03:07PM 12   CARRY ON JUST FINE IN A SOCIAL SETTING IN FRANCE, THAT'S VERY

03:07PM 13   DIFFERENT FROM UNDERSTANDING THE LEGAL REQUIREMENTS OF WHAT

03:07PM 14   HAPPENS WHEN YOU GET A DOCUMENT.

03:07PM 15        SO THE -- AND THAT -- I MEAN, I DON'T WANT TO JUMP AROUND

03:07PM 16   TOO MUCH HERE, BUT IF WE'RE READY TO TALK ABOUT THE PERSONAL

03:07PM 17   JURISDICTIONAL OBJECTION, I'M PREPARED TO DO THAT.

03:07PM 18        BUT I'D LIKE FIRST TO JUST BRIEFLY RESPOND ON A COUPLE OF

03:07PM 19   POINTS ABOUT SUBJECT MATTER JURISDICTION AND THEN PRIOR TO THAT

03:07PM 20   I WANT TO MAKE ONE FACTUAL THING VERY CLEAR BECAUSE IT HAS BEEN

03:07PM 21   I THINK UNFAIRLY PRESENTED IN THE PAPERS AND JUST AGAIN NOW IN

03:07PM 22   COURT WHICH IS THAT MR. WOFSY SOMEHOW THUMBED HIS NOSE AT THE

03:08PM 23   JURISDICTION OF THE FRENCH COURT IN THE UNDERLYING CASE.

03:08PM 24        THE DOCUMENT THAT MR. MOONEY KEEPS REFERRING TO IS A

03:08PM 25   DOCUMENT IN ANOTHER CASE, A SEPARATE INFRINGEMENT ACTION THAT

03:08PM 1      IRONICALLY IS THE ONE WHERE THE FRENCH COURT SUA SPONTE FOUND A

03:08PM 2      LACK OF STANDING.

03:08PM 3          IT'S NOT THIS CASE.  THERE IS NO -- THERE IS NO INDICATION

03:08PM 4      IN THIS CASE THAT MR. WOFSY MADE A DECISION NOT TO APPEAR.

03:08PM 5          SO IF WE CAN NOW TURN TO -- WELL, ACTUALLY STILL ON THE

03:08PM 6      SUBJECT MATTER JURISDICTION.  I'M SORRY, YOUR HONOR, WE ARE

03:08PM 7      BOUNCING AROUND A BIT.

03:08PM 8          A COUPLE OF QUICK POINTS.  THE ANALOGY THAT MR. MOONEY

03:08PM 9      DREW IS NOT QUITE ACCURATE.  THIS IS NOT JUST AN ACTION TO

03:08PM 10     ENFORCE THE DAMAGES COMPONENT OF A JUDGMENT WHERE THAT -- YOU

03:08PM 11     DON'T HAVE THE STANDING ISSUE.  THIS IS AN ACTION TO ENFORCE

03:08PM 12     THE INJUNCTIVE COMPONENT, THE INJUNCTIVE COMPONENT, THE

03:09PM 13     ASTREINTE, WHICH IS PART OF THE UNDERLYING FRENCH JUDGEMENT

03:09PM 14     FROM 2001 THAT REQUIRED THE DEFENDANTS TO STOP, ASSUMING THAT

03:09PM 15     THEY EVER HAD BEEN, BUT TO NOT SELL BOOKS IN FRANCE AND TO

03:09PM 16     REMOVE THOSE THAT WERE IN FRANCE.

03:09PM 17         THAT IS A FORWARD LOOKING REMEDY.  THAT GOES TO THE

03:09PM 18     CONDUCT THAT HAPPENED AFTER THE ISSUANCE OF THE JUDGMENT IN

03:09PM 19     2001.

03:09PM 20             THE COURT:  SURE.  BUT DOESN'T THE ENFORCEMENT

03:09PM 21     COURT -- ISN'T THAT PERMITTED?  CAN'T THE ENFORCEMENT COURT

03:09PM 22     CAPTURE THAT?

03:09PM 23             MR. POPOVIC:  YEAH, ABSOLUTELY, BUT THE POINT IS WHO

03:09PM 24     CAN DO IT, AND THAT'S WHY IT'S SO DIFFERENT FROM THE DAMAGES

03:09PM 25     COMPONENT WHICH LOOKS BACKWARD AT WHO WAS THE PARTY THAT WAS

03:09PM  1    HARMED.

03:09PM  2         GOING FORWARD, ONCE THE COPYRIGHTS WERE TRANSFERRED, IT'S

03:09PM  3    A DIFFERENT PARTY THAT IS BEING HARMED.

03:09PM  4              THE COURT:  WELL, THE ORIGINAL JUDGMENT HAD MONETARY

03:09PM  5    DAMAGES.

03:09PM  6              MR. POPOVIC:  IT DID.

03:09PM  7              THE COURT:  AND IT ALSO HAD LANGUAGE PRECLUDING FOR

03:09PM  8    CERTAIN CONDUCT?

03:09PM  9              MR. POPOVIC:  THAT'S CORRECT.

03:09PM 10              THE COURT:  AND IT APPEARS, AT LEAST THE ALLEGATIONS

03:09PM 11    ARE, THAT YOUR CLIENT ALLEGEDLY CONTINUED WITH THE CONDUCT,

03:09PM 12    AND, THEREFORE, AT THE ENFORCEMENT COURT THOSE VIOLATIONS,

03:10PM 13    THOSE TWO BOOKS, THEY WERE IN A BOOKSTORE OR SOMETHING LIKE

03:10PM 14    THAT, A GARAGE SALE IF THERE IS SUCH A THING IN FRANCE, BUT

03:10PM 15    THEY WERE FOUND AND THOSE WERE ATTACHED TO THE MONETARY DAMAGES

03:10PM 16    PREVIOUSLY ORDERED AS I UNDERSTAND IT ROUGHLY.

03:10PM 17         CAN'T THEY DO THAT?

03:10PM 18              MR. POPOVIC:  WELL, I THINK WE NEED TO BE AS CLEAR

03:10PM 19    AS WE CAN ABOUT WHAT THE "THAT" IS.

03:10PM 20         AND I'M NOT SURE I UNDERSTAND YOUR HONOR'S STATEMENT ABOUT

03:10PM 21    THE INJUNCTIVE COMPONENT BEING ATTACHED TO THE DAMAGES.

03:10PM 22         THE DAMAGES ARE FOR PAST HARM.

03:10PM 23              THE COURT:  THAT'S RIGHT.

03:10PM 24              MR. POPOVIC:  THE LIQUIDATION OF ASTREINTE IS THE

03:10PM 25    MONETIZATION OF THE VIOLATION OF THE INJUNCTIVE PORTION.

03:10PM 1          THE COURT:  AND THERE WERE -- AND IN THE ORIGINAL

03:10PM 2     JUDGMENT THERE WERE SPECIFIC AMOUNTS THAT WERE --

03:10PM 3          MR. POPOVIC:  PER VIOLATION.

03:10PM 4          THE COURT:  PER VIOLATION.  AND SO WHEN -- AS I

03:10PM 5     UNDERSTAND IT, MAYBE I'M BEING TOO BASIC AND ELEMENTARY HERE,

03:10PM 6     BUT AS I UNDERSTAND IT THEN THESE ADDITIONAL VIOLATIONS WERE

03:10PM 7     BROUGHT TO THE COURT'S ATTENTION AND THE COURT THEN SAID --

03:11PM 8     JUST DID THE MATH AND HOW MANY AND HOW MUCH.

03:11PM 9          MR. POPOVIC:  RIGHT.  ALTHOUGH WE MAY TAKE ISSUE

03:11PM 10    WITH THE MATH.

03:11PM 11         THE COURT:  SURE.  RIGHT.

03:11PM 12         MR. POPOVIC:  BUT THE POINT FOR PURPOSES FOR SUBJECT

03:11PM 13    MATTER JURISDICTION IS WHO HAS THE AUTHORITY TO REQUEST THAT

03:11PM 14    REMEDY.  AND THIS IS NOT LIKE YOU DID THE JOB AND DIDN'T GET

03:11PM 15    PAID, AND, THEREFORE, WHEN YOU DON'T GET PAID YOU CAN COME IN

03:11PM 16    AND IT DOESN'T MATTER THAT SOMETHING ELSE HAPPENED LATER,

03:11PM 17    YOU'RE STILL OWED THAT MONEY.

03:11PM 18         THIS IS A FORWARD LOOKING REMEDY FOR WHOM THE REAL PARTY

03:11PM 19    HAS TO SEEK THE RELIEF.  AND WE HAVE, AS MR. MOONEY SAYS, WE

03:11PM 20    HAVE COMPETING OPINIONS ABOUT WHO THE REAL PARTY IS, BUT THAT'S

03:11PM 21    THE ISSUE.

03:11PM 22         AND OUR EXPERTS HAVE DESCRIBED THAT ISSUE AS ONE THAT IS

03:11PM 23    ANALOGOUS TO THE TREATMENT OF SUBJECT MATTER JURISDICTION UNDER

03:11PM 24    U.S. LAW, WHICH LIKE THIS QUESTION OF ADMISSIBILITY IN THE

03:11PM 25    FRENCH LAW DOES NOT NEED TO BE RAISED AT THE BEGINNING OF THE

03:11PM 1    CASE.  IT CAN BE RAISED AT ANY TIME, INDEED EVEN FOR THE FIRST

03:11PM 2    TIME ON APPEAL, AS I'M SURE YOUR HONOR IS QUITE FAMILIAR WITH.

03:12PM 3    THAT IS ONE OF THE UNIQUE CHARACTERISTICS OF SUBJECT MATTER

03:12PM 4    JURISDICTION.

03:12PM 5           THE COURT:  MR. MOONEY, DO YOU WISH TO COMMENT ON

03:12PM 6    THIS CONVERSATION?

03:12PM 7           MR. MOONEY:  SURE, YOUR HONOR.  THE ONLY PART OF

03:12PM 8    THIS CONVERSATION THAT IS PARTICULARLY INTERESTING TO ME IS

03:12PM 9    THAT IT IS DIFFERENT IF WHAT IS BEING SOUGHT IS A DECLARATION

03:12PM 10   OR AN INJUNCTION.

03:12PM 11          TO TAKE YOUR HONOR OUT OF THE EXAMPLE, YOU KNOW, IF I PAY

03:12PM 12   $100 -- IF I PAY $70,001 TO MY SISTER TO PAINT THE BARN AND SHE

03:12PM 13   DOESN'T, AND I SUE HER, AND SHE SAYS, LOOK, I DID PAINT THE

03:12PM 14   BARN, HERE'S THE PICTURES, WE DON'T HAVE TO ADDRESS THE

03:12PM 15   QUESTION OF WHETHER I TRANSFERRED MY RIGHT TO THE BARN TO

03:12PM 16   SOMEBODY ELSE.  WE JUST HAVE TO ENTER JUDGMENT FOR MY SISTER

03:12PM 17   BECAUSE SHE DID WHAT SHE WAS SUPPOSED TO DO.

03:12PM 18          SIMILARLY HERE, IF, IN FACT, MR. DE FONTBRUNE DESERVED TO

03:12PM 19   LOSE THE CASE, THEN HE SHOULD HAVE LOST THE CASE, BUT HE

03:12PM 20   DIDN'T, AND MAYBE HE DIDN'T BECAUSE MR. WOFSY, ADMITTEDLY IN A

03:12PM 21   DIFFERENT MATTER WHICH I HOPE I DIDN'T MISREPRESENT, BUT AT

03:13PM 22   VIRTUALLY THE EXACT SAME TIME IN A DIFFERENT CASE WITH

03:13PM 23   VIRTUALLY THE EXACT SAME PARTIES SAID, "YOU KNOW WHAT FRENCH

03:13PM 24   COURT, FORGET IT, I'M NOT COMING."

03:13PM 25          SO IF WE ACCEPT THAT THE DECISION WAS CORRECT BECAUSE

03:13PM  1    WE'RE NOT GOING TO SECOND GUESS IT, THERE'S NO POSSIBLE WAY

03:13PM  2    THAT SOMEONE COULD ARGUE THAT THERE IS NO SUBJECT MATTER

03:13PM  3    JURISDICTION AS THAT PHRASE IS USED IN THE UNITED STATES.

03:13PM  4         THE COURT:  OKAY.  THANK YOU.

03:13PM  5         MR. POPOVIC:  YOUR HONOR, I THINK WE CAN MOVE ON TO

03:13PM  6    THE PERSONAL JURISDICTION COMPONENT.

03:13PM  7         THE COURT:  SURE, LET'S DO THAT.

03:13PM  8         MR. POPOVIC:  THANK YOU.  SO FIRST I WANT TO START

03:13PM  9    WITH A REMINDER OF WHAT SOME OF THE UNDISPUTED FACTS ARE HERE

03:13PM  10   AND THAT IS THAT THE DEFENDANTS IN THE ENFORCEMENT ACTION WERE

03:13PM  11   NEVER SERVED WITH THE SUMMONS.  INDEED, THE FIRST TIME THEY SAW

03:13PM  12   THE SUMMONS IN THAT UNDERLYING CASE WAS IN DISCOVERY IN THIS

03:13PM  13   CASE.  THAT'S WHEN THEY FIRST OBTAINED IT.

03:13PM  14       ALSO, THAT THE PLAINTIFFS IN ATTEMPTING TO SERVE THE

03:13PM  15   DEFENDANTS IN THE ENFORCEMENT ACTION IN FRANCE, THERE IS NO

03:14PM  16   EVIDENCE IN THE RECORD THAT THEY TOOK ANY EFFORTS OTHER THAN

03:14PM  17   ATTEMPTING TO SERVE HIM AT ADDRESSES THAT WERE ON FILE WITH THE

03:14PM  18   COURT FROM LITIGATION THAT OCCURRED TEN YEARS EARLIER.

03:14PM  19       THERE'S ALSO UNDISPUTED EVIDENCE THAT THE DEFENDANTS DID

03:14PM  20   NOT PROVIDE A, QUOTE, "FALSE ADDRESS."  THEY CONTINUE TO THIS

03:14PM  21   DAY, AS THE EVIDENCE SHOWS, TO RECEIVE MAIL, U.S. MAIL, AT THE

03:14PM  22   ADDRESS 401 CHINA BASIN STREET AND AT THE POST OFFICE BOX.

03:14PM  23       ALSO, THE EVIDENCE IS UNDISPUTED THAT DEFENDANTS HAVE BEEN

03:14PM  24   SERVED WITH LEGAL DOCUMENTS IN OTHER LITIGATION INVOLVING THE

03:14PM  25   SAME PARTIES AT OTHER ADDRESSES, INCLUDING A BUSINESS ADDRESS

03:14PM  1    ON GEARY AND INCLUDING A HOME ADDRESS.

03:14PM  2         SO THERE'S NO EVIDENCE OF ANY EFFORTS THAT PLAINTIFF TOOK

03:14PM  3    TO FIND ANOTHER PLACE TO SERVE THE DEFENDANTS, BUT IRONICALLY

03:15PM  4    THAT SAME -- THEY'RE ARGUING THAT HE WAS ON NOTICE BECAUSE OF

03:15PM  5    OTHER DOCUMENTS HE RECEIVED IN NOVEMBER OF 2011 AT THE SAME

03:15PM  6    ADDRESS THAT THEY CLAIM THEY COULDN'T SERVE HIM AT IN THE

03:15PM  7    ENFORCEMENT ACTION IN THE SUMMONS.

03:15PM  8              THE COURT:  I DON'T KNOW IF YOU'VE PEEKED AT MY

03:15PM  9    NOTES, BUT THAT WAS A QUESTION THAT I WANTED TO ASK MR. MOONEY

03:15PM 10    ABOUT.

03:15PM 11         SO WHAT CHANGED THAT ALLOWED YOU TO ULTIMATELY FIND AND

03:15PM 12    SERVE?

03:15PM 13              MR. MOONEY:  WELL, THE PROCEDURES -- THE SERVICE

03:15PM 14    PROCEDURES, YOUR HONOR, ARE QUITE DIFFERENT IN THE TWO

03:15PM 15    COUNTRIES; RIGHT?

03:15PM 16         IN FRENCH LITIGATION THE INDIVIDUALS ARE NOT PERSONALLY

03:15PM 17    SERVED.  THE COURT OFFICIAL, THE HUISSIER, THE TITLE IS

03:15PM 18    HUISSIER, H-U-I-S-S I BELIEVE IT'S I-E-R, UNDERTAKES THE

03:15PM 19    SERVICE.

03:15PM 20         I'M NOT HERE TO ARGUE THAT THEY DID A GOOD JOB.  I DO

03:15PM 21    THINK THE GUY IS A LITTLE BIT LIKE HE HAS A DEAD HORSE ON HIS

03:15PM 22    FILE BUT, YOU KNOW, HE WAS NOT -- HE DID NOT GET SERVICE OF

03:15PM 23    PROCESS IN THE WAY THAT THE UNITED STATES COURT OR A CALIFORNIA

03:16PM 24    COURT WOULD DEFINE IT; RIGHT?

03:16PM 25         SO IF HE MADE A CHALLENGE TO JURISDICTION IN THIS COURT

03:16PM 1    BASED UPON THAT SERVICE, HE WOULD WIN.

03:16PM 2          BUT HE WOULD NOT WIN ON THE GROUND THAT THE DUE PROCESS

03:16PM 3    CLAUSE OF THE 5TH OR THE 14TH AMENDMENT WAS NOT SATISFIED.  HE

03:16PM 4    WOULD WIN ON THE GROUND THAT THE REQUIREMENTS FOR SERVICE WERE

03:16PM 5    NOT FOUND, AND THE QUESTION HERE IS NOT WHETHER HE WAS SERVED

03:16PM 6    IN ACCORDANCE WITH FRENCH LAW OR U.S. LAW OR CALIFORNIA LAW.

03:16PM 7          UNDER THE NINTH CIRCUIT DECISION THE QUESTIONS ARE TWO:

03:16PM 8    DOES HE HAVE ENOUGH CONNECTIONS TO FRANCE THAT IT WOULD BE FAIR

03:16PM 9    TO LITIGATE THE ENFORCEMENT IN FRANCE?  AND SECOND, WAS DUE

03:16PM 10   PROCESS SATISFIED?

03:16PM 11         AND IT'S UNDISPUTED THAT HE HAD NOTICE, AND IT'S ALSO

03:16PM 12   UNDISPUTED, THE SUPREME COURT HAS SAID MANY TIMES, THAT ACTUAL

03:16PM 13   NOTICE IS ENOUGH TO MEET DUE PROCESS, AND THAT'S THE ONLY ISSUE

03:16PM 14   HERE.

03:16PM 15         THE COURT:  TELL ME ABOUT THE NOTICE THAT HE

03:16PM 16   RECEIVED THAT YOU THINK SATISFIES DUE PROCESS.

03:17PM 17         MR. MOONEY:  SO HE, HE -- WHAT HE GOT IN NOVEMBER,

03:17PM 18   AND THIS IS ADMITTED BY THE OTHER SIDE, HE GOT A STATEMENT FROM

03:17PM 19   THE FRENCH COURT SAYING -- AND APPARENTLY THE REASON FOR THIS

03:17PM 20   IS BECAUSE MAIL WAS STILL DELIVERED TO THAT ADDRESS, BUT WHEN A

03:17PM 21   PERSON HIRED BY THE U.S. GOVERNMENT TO DELIVER HAGUE CONVENTION

03:17PM 22   STUFF WENT TO THE STREET, THERE WAS A BIG HOLE BECAUSE THE

03:17PM 23   STREET NAME HAS BEEN CHANGED.  SO NO ONE DENIES THAT HE DOES

03:17PM 24   GET MAIL THERE AT LEAST SOMETIMES.

03:17PM 25         SO IN NOVEMBER HE RECEIVED A NOTICE IN FRENCH SAYING THAT

03:17PM  1    THERE IS GOING TO BE A FURTHER HEARING IN THIS CASE FOR

03:17PM  2    ENFORCEMENT OF THE JUDGMENT, IT WAS GOING TO BE IN JANUARY, AND

03:17PM  3    IT WAS GOING TO ADDRESS THE QUESTION OF WHETHER THE FRENCH

03:17PM  4    COURT WOULD BE SATISFIED THAT ADEQUATE STEPS TO SERVE PROCESS

03:17PM  5    UNDER FRENCH LAW HAD BEEN UNDERTAKEN.

03:17PM  6              THE COURT:  DO YOU RECALL THE DOCKET NUMBER OF THAT?

03:18PM  7              MR. MOONEY:  I DON'T, YOUR HONOR.  PERHAPS

03:18PM  8    MR. POPOVIC DOES.

03:18PM  9              MR. POPOVIC:  I'M SORRY, YOUR HONOR, WHICH DOCUMENT

03:18PM  10   ARE WE SPECIFICALLY LOOKING FOR?

03:18PM  11             MR. MOONEY:  THE NOVEMBER NOTICE.

03:18PM  12             THE COURT:  THE NOVEMBER NOTICE.  I'M SORRY.

03:18PM  13        (PAUSE IN PROCEEDINGS.)

03:18PM  14             THE COURT:  IT LOOKS LIKE IT'S EXHIBIT 11, 61-3; IS

03:18PM  15   THAT RIGHT?

03:18PM  16             MR. POPOVIC:  IT WILL BE AN EXHIBIT TO ONE OF THESE

03:18PM  17   DOCUMENTS.

03:18PM  18             THE COURT:  EXHIBIT 11, DOCKET 61-3, PAGE 84 OF 154

03:19PM  19   IF THAT HELPS.

03:19PM  20             MR. MOONEY:  SO I HAVE 61-3, YOUR HONOR.  I'M SORRY,

03:19PM  21   WHAT WAS THE REST OF WHAT YOU SAID HERE?

03:19PM  22             THE COURT:  PAGE 84.  ECF PAGE 84.

03:19PM  23             MR. MOONEY:  YES, PAGE 84, YOUR HONOR, IS THE

03:19PM  24   TRANSLATION, EXHIBIT 11 TO THE DECLARATION OF MR. WOFSY.

03:20PM  25             THE COURT:  SO YOU CAN CONTINUE, MR. MOONEY.

03:20PM  1          MR. MOONEY:  SO I HOPE I FAIRLY CHARACTERIZED THE

03:20PM  2     DOCUMENT.  IT'S A NOTIFICATION FROM THE FRENCH COURT THAT A

03:20PM  3     DECISION HAS BEEN RENDERED AS OF NOVEMBER 15TH, 2011.  THERE

03:20PM  4     ARE GOING TO BE FURTHER EVENTS PRIOR TO A HEARING IN JANUARY OF

03:20PM  5     2012.  THE DECISION THAT'S BEEN MADE SO FAR CAN BE APPEALED.

03:20PM  6     SO THERE ARE MULTIPLE OPPORTUNITIES TO TAKE ACTION IN RESPONSE

03:20PM  7     TO THIS NOTIFICATION OF A DECISION FROM THE COURT INVOLVING, AS

03:20PM  8     YOUR HONOR NOTED, THE SAME LITIGATION THAT HAD BEEN UNDERWAY

03:20PM  9     FROM 1998 TO 2006.

03:20PM 10          AND THE ONLY OTHER SALIENT POINT I THINK THAT SHOULD BE

03:20PM 11     MADE HERE IS THAT MR. SERRE DID TESTIFY IN HIS DECLARATION THAT

03:21PM 12     THERE WAS AMPLE OPPORTUNITY TO INTERVENE AT THIS POINT, THAT

03:21PM 13     THAT PARTICULAR COURT, YOU KNOW, ALLOWS HANDWRITTEN LETTERS.

03:21PM 14     YOU JUST SEND SOMETHING IN.  MUCH AS ANY REASONABLE COURT IN

03:21PM 15     THE UNITED STATES WOULD IF YOU GOT A NOTICE THAT SAID, LOOK, I

03:21PM 16     DIDN'T GET THE ORIGINAL COMPLAINT, WHAT IS GOING ON, THERE

03:21PM 17     WOULD BE AN OPPORTUNITY TO TAKE ACTION.

03:21PM 18          AND OF COURSE MR. WOFSY HAD HAD FOR SIX TO EIGHT YEARS

03:21PM 19     VERY EXPERIENCED COMPETENT FRENCH LAWYERS.  HE CERTAINLY READ

03:21PM 20     ENOUGH FRENCH TO UNDERSTAND THE GIST OF WHAT THAT DOCUMENT WAS,

03:21PM 21     CERTAINLY AS MUCH AS MOST AMERICAN ENGLISH SPEAKING LITIGANTS

03:21PM 22     UNDERSTAND WHEN THEY GET A SUMMONS AND IF HE HAD WANTED TO CALL

03:21PM 23     A FRENCH LAWYER TO TAKE ACTION, HE KNEW SOME AND CERTAINLY

03:21PM 24     COULD HAVE.

03:21PM 25          BUT WE KNOW THAT HE DIDN'T WANT TO BECAUSE IN AN EXTREMELY

03:21PM  1    SIMILAR CASE AT AN EXTREMELY TIME PERIOD, HE SPECIFICALLY TOLD

03:21PM  2    THE FRENCH COURT THAT HE WASN'T GOING TO TAKE ACTION.  NOW IN

03:21PM  3    THIS CASE HE HAPPENED TO END UP WINNING WITHOUT TAKING ACTION.

03:22PM  4    IN THIS CASE HE ENDED UP LOSING BECAUSE HE DIDN'T TAKE ANY

03:22PM  5    ACTION, ALTHOUGH WE THINK HE WOULD HAVE LOST ANYWAY BUT --

03:22PM  6              MR. POPOVIC:  YOUR HONOR, IF I MAY.  FIRST, THERE'S

03:22PM  7    A FUNDAMENTAL DISAGREEMENT THAT I HAVE OR WE HAVE WITH THE

03:22PM  8    STANDARD HERE.  THE STANDARD FOR DENYING RECOGNITION OF A

03:22PM  9    FOREIGN JUDGMENT FOR A LACK OF PERSONAL JURISDICTION IS THAT

03:22PM  10   UNDER U.S. STANDARDS, AND IN THIS CASE UNDER CALIFORNIA

03:22PM  11   STANDARDS, IT WOULD NOT SATISFY THE REQUIREMENTS OF PERSONAL

03:22PM  12   JURISDICTION.

03:22PM  13       AND THOSE REQUIREMENTS EMBODY THREE PRONGS.  IT'S NOT JUST

03:22PM  14   ACTUAL NOTICE AND MINIMUM CONTACTS OR NOTICE THAT SATISFIES THE

03:22PM  15   REQUIREMENTS OF DUE PROCESS.  SERVICE OF PROCESS IS AN

03:22PM  16   ESSENTIAL ELEMENT OF A COURT ACQUIRING PERSONAL JURISDICTION.

03:22PM  17       SENDING A SUBSEQUENT PAPER IN A CASE DOES NOT OVERCOME THE

03:22PM  18   LACK OF SERVICE OF PROCESS.

03:22PM  19       AND THE CASES THAT PLAINTIFFS RELY UPON, THE BANK OF

03:23PM  20   MONTREAL CASE AND THE OTHER CASE I BELIEVE IS FOLEX -- I'M

03:23PM  21   SORRY, THAT'S THE CASE THAT WE CITED, BUT I'LL GET TO THE

03:23PM  22   CASES.  THEY DO NOT INVOLVE SITUATIONS WHERE THERE WAS AN ISSUE

03:23PM  23   AS TO WHETHER OR NOT THERE HAD BEEN COMPLIANCE WITH THE SERVICE

03:23PM  24   OF PROCESS REQUIREMENTS.

03:23PM  25       NOW I'D LIKE TO WALK THROUGH HOW THIS WORKS.  PERSONAL

03:23PM 1 JURISDICTION UNDER THE U.S. CONSTITUTION REQUIRES MINIMUM

03:23PM 2 CONTACT, NOTICE, AND COMPLIANCE WITH THE PROCEDURAL

03:23PM 3 REQUIREMENTS OF SERVICE OF PROCESS AND THAT'S THE U.S. SUPREME

03:23PM 4 COURT TELLING US THAT.

03:23PM 5  AND IN THE <u>BANK OF MONTREAL</u> CASE UPON WHICH PLAINTIFFS

03:23PM 6 RELY SERVICE WAS NOT DISCUSSED.  THE DEFENDANT IN THAT CASE HAD

03:23PM 7 BEEN PERSONALLY SERVED SO THAT WAS NOT THE ISSUE IN THAT CASE.

03:23PM 8  THERE WAS ALSO AS PART OF THE DUE PROCESS INQUIRY ON

03:23PM 9 SERVICE OF PROCESS THE ISSUE IS WHAT WERE THE EFFORTS THAT THE

03:23PM 10 PLAINTIFF OR WHAT WERE THE EFFORTS THAT THE PLAINTIFFS MUST

03:24PM 11 UNDERTAKE TO EFFECT PERSONAL SERVICE.

03:24PM 12  SO THERE MAY BE CIRCUMSTANCES WHERE THE FAILURE TO EFFECT

03:24PM 13 SERVICE DOES NOT NECESSARILY MEAN THAT THERE'S A VIOLATION OF

03:24PM 14 DUE PROCESS.

03:24PM 15  BUT IT'S NOT -- YOU CAN'T JUST IGNORE THAT REQUIREMENT.

03:24PM 16 THAT IS AN ESSENTIAL ELEMENT OF ACQUIRING PERSONAL

03:24PM 17 JURISDICTION.

03:24PM 18  AND IN THE <u>FOLEX</u> CASE, THE NINTH CIRCUIT, IT'S AN

03:24PM 19 UNPUBLISHED OPINION, BUT THE NINTH CIRCUIT REJECTED AN ARGUMENT

03:24PM 20 THAT BECAUSE THE DEFENDANT KNEW OF AN ACTION IN CHINA, THAT

03:24PM 21 THAT -- THAT THAT WOULD CURE DEFECTIVE SERVICE, AND THE COURT

03:24PM 22 SAYS NOT SO, THAT CONFLATES JURISDICTIONAL AND DUE PROCESS

03:24PM 23 INQUIRIES, AND THAT'S BLACK LETTER LAW THAT YOU CANNOT AVOID

03:24PM 24 THE SERVICE OF PROCESS REQUIREMENT WHICH IS AN ELEMENT IN AND

03:24PM 25 OF ITSELF OF DUE PROCESS BY HAVING SUBSEQUENT NOTICE.  ACTUAL

03:24PM 1      NOTICE DOES NOT OVERCOME A FAILURE OF SERVICE OF PROCESS.

03:25PM 2           THE COURT:  AND IS THAT THE DEFICIENCY HERE AS YOU

03:25PM 3      SEE IT?

03:25PM 4           MR. POPOVIC:  THAT IS ONE OF THE DEFICIENCIES BUT

03:25PM 5      THAT'S ENOUGH OF A DEFICIENCY FOR THIS COURT TO DETERMINE THAT

03:25PM 6      THE FRENCH COURT DID NOT HAVE PERSONAL JURISDICTION, AND,

03:25PM 7      THEREFORE, THIS COURT SHOULD NOT RECOGNIZE THE JUDGMENT THAT

03:25PM 8      FLOWED FROM THE ENFORCEMENT ACTION IN WHICH THAT COURT DID NOT

03:25PM 9      HAVE PERSONAL JURISDICTION.

03:25PM 10          THERE'S ALSO A RECENTLY DECIDED CALIFORNIA CASE THAT WAS

03:25PM 11     DECIDED SINCE THE BRIEFING IN THIS CASE SO THAT WE CAN SEE WHAT

03:25PM 12     A CALIFORNIA COURT SAYS ABOUT IT, AND THAT IS THE ROCKEFELLER

03:25PM 13     TECHNOLOGY INVESTMENTS CASE.  AND GIVE ME JUST A MOMENT, AND

03:25PM 14     I'LL FIND THE PORTION OF THAT THAT I WANT TO REFER TO.

03:25PM 15          SO THIS IS THE CASE -- THE CITATION FOR THAT CASE WHICH

03:25PM 16     WAS DECIDED JUST IN THE LAST COUPLE OF MONTHS SINCE WE DID THE

03:25PM 17     BRIEFING HERE IS ROCKEFELLER TECHNOLOGY INVESTMENTS (ASIA) VII

03:26PM 18     VERSUS CHANGZOU SINOTYPE TECHNOLOGY, 24 CAL. APP. 5TH 115.

03:26PM 19          AND THIS IS NOTHING KNEW.  IT'S NOT LIKE WE'RE SPRINGING

03:26PM 20     NEW LAW ON THE COURT, BUT IT'S A CALIFORNIA COURT EXPLAINING

03:26PM 21     CALIFORNIA COURT'S PERSPECTIVE.  AND IT SAYS, "COMPLIANCE WITH

03:26PM 22     THE STATUTORY PROCEDURES FOR SERVICE OF PROCESS IS ESSENTIAL TO

03:26PM 23     ESTABLISH PERSONAL JURISDICTION.

03:26PM 24          "CALIFORNIA IS A JURISDICTION WHERE THE ORIGINAL SERVICE

03:26PM 25     OF PROCESS, WHICH CONFERS JURISDICTION, MUST CONFORM TO THE

03:26PM 1    STATUTORY REQUIREMENTS OR ALL THAT FOLLOWS IS VOID."

03:26PM 2        AND IN THAT CASE A JUDGMENT THAT WAS OBTAINED WITHOUT

03:26PM 3    SERVICE OF PROCESS OR WITH DEFECTIVE SERVICE OF PROCESS WAS

03:26PM 4    THROWN OUT YEARS LATER, LONG PAST THE TIME FOR APPEAL BECAUSE

03:26PM 5    THE COURT DEEMED IT VOID SO THAT -- WHICH MEANT THAT IT COULD

03:26PM 6    BE ATTACKED AT ANY TIME.

03:26PM 7        THEN THE COURT SAYS, "MERE KNOWLEDGE OF THE ACTION IS NOT

03:26PM 8    A SUBSTITUTE FOR SERVICE AND NOR DOES IT RAISE ANY ESTOPPEL TO

03:26PM 9    CONTEST THE VALIDITY OF SERVICE.

03:27PM 10       "WHERE THE DEFENDANT ESTABLISHES THAT HE OR SHE HAS NOT

03:27PM 11   BEEN SERVED AS MANDATED BY THE STATUTORY SCHEME," QUOTE, "NO

03:27PM 12   PERSONAL JURISDICTION BY THE COURT WILL HAVE BEEN OBTAINED AND

03:27PM 13   THE RESULTING JUDGMENT WILL BE VOID AS VIOLATING FUNDAMENTAL

03:27PM 14   DUE PROCESS."

03:27PM 15       SO YOU CAN'T SKIP OVER AND MAKE UP FOR THE LACK OF

03:27PM 16   SERVICE.

03:27PM 17       MOREOVER, IN THIS CASE THE LACK OF SERVICE AS INDICATED BY

03:27PM 18   THE UNCONTRADICTED DECLARATION OF MR. WOFSY IS HE DID NOT KNOW

03:27PM 19   WHAT THE NOVEMBER 2000 -- THE LEGAL SIGNIFICANCE OF THE

03:27PM 20   NOVEMBER 2011 DOCUMENT.

03:27PM 21       AND IT MAKES SENSE THAT COURTS DRAW A DISTINCTION BETWEEN

03:27PM 22   NOTICE AFTER YOU'VE BEEN SERVED WITH A SUMMONS AND THE SERVICE

03:27PM 23   OF SUMMONS.  THE SERVICE OF SUMMONS HAS TO ACCOMPLISH CERTAIN

03:27PM 24   THINGS.  IT HAS TO TELL YOU WHAT IS AT RISK, IT HAS TO TELL YOU

03:27PM 25   HOW YOU CAN DEFEND YOURSELF, AND BY WHEN YOU HAVE TO DEFEND

03:27PM 1    YOURSELF.

03:27PM 2        THE JULEN V. LARSON CASE MAKES THAT CLEAR AND THE JULEN V.

03:28PM 3    LARSON CASE SAYS THAT IN CALIFORNIA IT HAS TO BE IN ENGLISH.

03:28PM 4    THAT'S NOTWITHSTANDING THE HAGUE ISSUE AS TO WHETHER IT HAS TO

03:28PM 5    BE TRANSLATED TO COMPLY WITH THE HAGUE SERVICE CONVENTION.

03:28PM 6        THE UNITED STATES DOES ALLOW SERVICE OF DOCUMENTS IN

03:28PM 7    FRENCH TO BE COMPLIANT WITH THE HAGUE CONVENTION, BUT THAT'S A

03:28PM 8    DIFFERENT ISSUE FROM WHETHER AS A MATTER OF DUE PROCESS,

03:28PM 9    FEDERAL OR IN THIS CASE CALIFORNIA DUE PROCESS, THE DOCUMENT

03:28PM 10   THAT NOTIFIES A PARTY ABOUT A CASE HAS TO BE IN ENGLISH.

03:28PM 11       THE COURT:  WELL, THAT CASE, THAT JULEN CASE, I

03:28PM 12   THINK IT WAS GERMAN, WASN'T IT?

03:28PM 13       MR. POPOVIC:  YES.

03:28PM 14       THE COURT:  IT WAS ALL GERMAN LANGUAGE, AND I THINK

03:28PM 15   THE INDIVIDUAL WAS A NON-GERMAN SPEAKER.

03:28PM 16       MR. POPOVIC:  RIGHT, BUT THE IMPORT OF THAT IS NOT

03:28PM 17   JUST THE LANGUAGE, IT'S ALSO -- IT'S NOT JUST THE FOREIGN

03:28PM 18   LANGUAGE.  IT'S ALSO WHAT DOES A SUMMONS HAVE TO INCLUDE AND IN

03:28PM 19   THE JULEN CASE THE COURT SAYS WE THINK AT A MINIMUM THE

03:29PM 20   DEFENDANT SHOULD BE INFORMED IN THE LANGUAGE OF THE

03:29PM 21   JURISDICTION IN WHICH HE HAS SERVED, IN CALIFORNIA, ENGLISH,

03:29PM 22   AND THERE IS A PROVISION IN THE CODE OF CIVIL PROCEDURE THAT

03:29PM 23   REQUIRES PROCEEDINGS IN OUR COURTS TO BE IN ENGLISH.

03:29PM 24       AND I CERTAINLY THINK THAT WE SHOULD HAVE TRANSLATORS AND

03:29PM 25   INTERPRETERS AVAILABLE SO THAT PEOPLE SHOULDN'T BE HANDICAPPED

03:29PM  1      IF THEY DON'T SPEAK ENGLISH, BUT THE REQUIREMENT, THE LEGAL

03:29PM  2      REQUIREMENT IS THAT PROCEEDINGS BE IN ENGLISH.

03:29PM  3          AND THEN CARRYING ON WITH THE QUOTE, "THAT A LEGAL ACTION

03:29PM  4      OF A SPECIFIC NATURE IS PENDING AGAINST HIM AT A PARTICULAR

03:29PM  5      TIME AND PLACE.

03:29PM  6          "NORMALLY THIS INFORMATION SHOULD INCLUDE THE LOCATION OF

03:29PM  7      THE PENDING ACTION, THE AMOUNT INVOLVED, THE DATE DEFENDANT IS

03:29PM  8      REQUIRED TO RESPOND, AND THE POSSIBLE CONSEQUENCES OF HIS

03:29PM  9      FAILURE TO RESPOND."

03:29PM 10          THE NOVEMBER 2011 DOCUMENT WHICH YOUR HONOR HAS IDENTIFIED

03:29PM 11      DOESN'T DO THOSE THINGS, AND IT CERTAINLY DOESN'T DO THEM IN

03:29PM 12      ENGLISH.  IT'S ONLY IN FRENCH.

03:29PM 13          NOW, THE OTHER ISSUE THAT I'D LIKE TO ADDRESS IS THAT A

03:30PM 14      FRENCH SERVER, A FRENCH OFFICIAL WHO IS CHARGED WITH SERVING

03:30PM 15      PROCESS MAY NOT GO THROUGH THE SAME STEPS THAT AN AMERICAN

03:30PM 16      PROCESS SERVER MIGHT GO THROUGH IS BESIDE THE POINT.

03:30PM 17          THE ISSUE IS WHETHER THOSE STEPS THAT WERE TAKEN COMPORT

03:30PM 18      WITH THE DUE PROCESS REQUIREMENTS IN THE UNITED STATES, AND

03:30PM 19      THAT'S WHERE WE CAN GO BACK TO THE -- WHAT EFFORTS ARE

03:30PM 20      REQUIRED.

03:30PM 21          IF YOU GO BACK FAR ENOUGH, YOU GET TO THE MULLANE CASE

03:30PM 22      THAT LAYS IT OUT.  THE GIST OF IT IS THAT YOU HAVE TO DO THE --

03:30PM 23      IF THE OBJECTIVE IS TO SERVE SOMEBODY, YOU HAVE TO DO THE

03:30PM 24      THINGS THAT SOMEONE WHO ACTUALLY WANTS TO SERVE SOMEONE WOULD

03:30PM 25      DO.

03:30PM 1        SO TO QUOTE FROM THE U.S. SUPREME COURT, AND THIS IS

03:30PM 2    MULLANE VERSUS CENTRAL HANOVER BANK & TRUST, "PROCESS WHICH IS

03:30PM 3    A MERE GESTURE IS NOT DUE PROCESS.  THE MEANS EMPLOYED MUST BE

03:31PM 4    SUCH AS ONE DESIROUS OF ACTUALLY INFORMING THE ABSENTEE MIGHT

03:31PM 5    REASONABLY ADOPT TO ACCOMPLISH IT."

03:31PM 6        AND THEN WE HAVE AN EXAMPLE OF THAT IN THE BACKJOY CASE

03:31PM 7    WHICH WE ALSO CITED.  AND IN THAT CASE AFTER FAILING TO SERVE

03:31PM 8    AT THREE KNOWN ADDRESSES, AND HERE WE HAD TWO KNOWN ADDRESSES

03:31PM 9    WHERE THERE WAS A FAILURE TO SERVE WHICH WERE IDENTIFIED FOR

03:31PM 10   VARIOUS RECORDS, AND THEN THE PLAINTIFF HIRED LOCAL COUNSEL TO

03:31PM 11   SEARCH THE PUBLIC RECORD FOR ADDITIONAL ADDRESSES.

03:31PM 12       WHEN THAT FAILED, THE COURT ORDERED SERVICE AT SIX E-MAIL

03:31PM 13   ADDRESSES AND BY FEDEX TO THREE DIFFERENT ENTITIES, AND THE

03:31PM 14   PLAINTIFF HIRED AN INVESTIGATIVE AGENCY TO DELIVER THE

03:31PM 15   DOCUMENTS AND THE DEFENDANTS IN FACT RECEIVED THE DOCUMENTS.

03:31PM 16       UNDER THOSE CIRCUMSTANCES THAT SATISFIES THE REQUIREMENTS

03:31PM 17   OF DUE PROCESS.  THERE IS NO SUCH EVIDENCE IN THIS CASE.  THERE

03:31PM 18   IS THE EVIDENCE THAT THERE WERE TWO ADDRESSES ON FILE WITH THE

03:31PM 19   FRENCH COURT AND THAT THOSE DIDN'T WORK.

03:31PM 20       SO IT'S NOT AS SIMPLE AS BECAUSE THE FRENCH PROCESS SERVER

03:32PM 21   DOES IT DIFFERENTLY THAN A U.S. PROCESS SERVER MIGHT THAT

03:32PM 22   EXCUSES IT.  THAT MIGHT BE EXACTLY THE PROBLEM.

03:32PM 23       IN ORDER FOR THIS COURT TO RECOGNIZE THE FOREIGN JUDGMENT,

03:32PM 24   THE FOREIGN JUDGMENT HAS TO SATISFY THE STANDARDS THAT WOULD BE

03:32PM 25   REQUIRED FOR A COURT TO ASSUME PERSONAL JURISDICTION OVER A

1    PARTY HERE IN CALIFORNIA AND ABSENT SOME EFFORTS AND THEY HAVE

2    TO BE REASONABLE EFFORTS TO ACTUALLY FIND THE DEFENDANT AND

3    DELIVER THE SERVICE, RATHER DELIVER THE SUMMONS AND COMPLAINT,

4    THAT REQUIREMENT IS NOT SATISFIED.

5            THE COURT:  OKAY.

6            MR. MOONEY:  SO A COUPLE OF THINGS, YOUR HONOR.

7        FIRST OF ALL, I MAY BE MISUNDERSTANDING, BUT IT SEEMS

8    THAT TWO DIFFERENT ARGUMENTS ARE BEING MADE.

9        ONE IS THAT THERE WAS NO COMPLIANCE WITH CALIFORNIA RULES

10   REGARDING SERVICE OF PROCESS.

11       IT'S ALWAYS BEEN MY VIEW ARTICULATED THAT THERE'S A

12   DIFFERENCE BETWEEN SERVICE OF PROCESS AND DUE PROCESS.

13       BUT THEN MR. POPOVIC SAID IT DOESN'T MATTER IF THE

14   PROCEDURES ARE DIFFERENT.  SO IF THAT'S THE CASE THEN IT'S

15   QUITE CLEAR THAT WE DON'T NEED A FRENCH OFFICIAL TO DO

16   PRECISELY WHAT WOULD HAPPEN IN CALIFORNIA, TWO COPIES OF THE

17   SUMMONS.  IF YOU'RE IN CALIFORNIA STATE COURT, YOU CAN SEND IT

18   BY CERTIFIED MAIL BUT NOT BY FEDEX.  THERE ARE TECHNICAL THINGS

19   THAT YOU MUST DO IN THE UNITED STATES FOR A UNITED STATES

20   COURT, WHETHER FEDERAL OR STATE, TO ACQUIRE JURISDICTION OVER

21   THE CASE.  THAT'S NOT A QUESTION OF DUE PROCESS, THOUGH.

22       AND, IN FACT, I CONTEND THAT THE DEFENDANTS ADMIT AS MUCH

23   WHEN THEY SAY THE PROCEDURES DON'T MATTER.

24       SECONDLY, THERE'S A LONG DISCUSSION OF WHAT EFFORTS ARE

25   REQUIRED.  BUT THOSE REQUIREMENTS OF THOSE EFFORTS ARE

03:33PM  1   REQUIREMENTS TO ESTABLISH JURISDICTION OVER SOMEONE WHO DID

03:33PM  2   NOT -- WHEN THE EFFORTS DID NOT SUCCEED AND THERE WAS NO

03:33PM  3   NOTICE.

03:33PM  4        SOMETIMES, UNFORTUNATELY FOR DEFENDANTS, THE PLAINTIFFS DO

03:34PM  5   THEIR VERY BEST AND THEY DON'T SUCCEED AND THE DEFENDANT NEVER

03:34PM  6   KNOWS AND THE DEFENDANT STILL GETS A DEFAULT JUDGMENT ENTERED

03:34PM  7   AGAINST THEM.

03:34PM  8        AND THE COURT IN INTERPRETING THE 5TH AND 14TH AMENDMENTS

03:34PM  9   HAS CONCLUDED THAT YOU NEED TO BALANCE THE NEED FOR PLAINTIFFS

03:34PM 10   AFTER THEY HAVE TRIED TO BE ABLE TO GO TO COURT WITH THE NEED

03:34PM 11   FOR THE DEFENDANTS TO GET NOTICED SO THAT THEY CAN DEFEND AND

03:34PM 12   SOMETIMES, YOU KNOW, THERE'S AN AREA IN THE MIDDLE AND

03:34PM 13   SOMETIMES DUE PROCESS IS SATISFIED BY GOOD FAITH EFFORTS.

03:34PM 14        IF THE FRENCH CASE HAD BEEN BROUGHT IN CALIFORNIA, I DON'T

03:34PM 15   THINK WE WOULD BE HAVING THIS DISPUTE BECAUSE I THINK UNDER THE

03:34PM 16   SERVICE OF PROCESS STATUTES WE WOULD HAVE FAILED.

03:34PM 17        BUT UNDER FRENCH LAWS INTERPRETED BY THE FRENCH COURT,

03:34PM 18   THEY SUCCEEDED AS A MATTER OF SERVICE.  AND THEN THE UNITED

03:34PM 19   STATES SAYS, OKAY, WELL, THAT'S FINE, BUT YOU STILL MUST

03:34PM 20   SATISFY THE DUE PROCESS CLAUSE OF THE UNITED STATES

03:34PM 21   CONSTITUTION.

03:34PM 22        AND I GUESS THE BIGGEST CASE WE CITE IS STUDENT AID FUNDS

03:35PM 23   AGAINST ESPINOSA, ACTUAL NOTICE SATISFIES.  IF I FALL DOWN ON

03:35PM 24   THE STREET AND DROP IT AND THE DEFENDANT PICKS IT UP AND READS

03:35PM 25   IT, THAT SATISFIES.  AND THERE'S NO DISPUTE THAT HE GOT THE

03:35PM 1   DOCUMENTS.  THEN THE ONLY ARGUMENT BOILS DOWN TO WAS THE

03:35PM 2   DOCUMENT REALLY ENOUGH TO PUT HIM ON NOTICE THAT HE SHOULD BE

03:35PM 3   DOING SOMETHING?

03:35PM 4       AND FRANKLY, THAT'S THE KIND OF QUESTION THAT PROBABLY

03:35PM 5   EACH PERSON HAS A DIFFERENT -- WHAT I MEAN TO SAY IS THAT IT'S

03:35PM 6   NOT SOMETHING PROBABLY ME ARGUING IS GOING TO AFFECT YOU ONE

03:35PM 7   WAY OR ANOTHER.

03:35PM 8           THE COURT:  SO WHAT IS THE ANALYSIS FOR THAT THEN?

03:35PM 9           MR. MOONEY:  SO THE ANALYSIS IS DID THE DEFENDANT

03:35PM 10   HAVE ADEQUATE NOTICE IN SUFFICIENT TIME TO TAKE ACTION TO

03:35PM 11   PROTECT HIS RIGHTS?

03:35PM 12           THE COURT:  AND IS THAT A TOTALITY OF THE

03:35PM 13   CIRCUMSTANCES ANALYSIS OR IS IT MORE SUBJECTIVE?

03:35PM 14           MR. MOONEY:  NO, I THINK IT HAS TO BE A TOTALITY OF

03:35PM 15   THE CIRCUMSTANCES ANALYSIS BECAUSE THE QUESTION IS WHETHER YOU

03:35PM 16   HAD NOTICE OF THE PROCEEDINGS.

03:35PM 17       OKAY.  SO HE CLEARLY HAD NOTICE OF THE PROCEEDINGS.  THEN

03:35PM 18   HE GETS TO MAKE ANOTHER ARGUMENT, WELL, YEAH, BUT MY NOTICE WAS

03:36PM 19   REALLY CRUMMY, RIGHT?  IT WAS IN GREEK.  I DIDN'T KNOW WHAT TO

03:36PM 20   DO.  IT DIDN'T LOOK LIKE A COURT PAPER.  I DIDN'T KNOW ANY

03:36PM 21   GREEK LAWYERS.  AND THOSE ARE REASONABLE ARGUMENTS, BUT THEY'RE

03:36PM 22   BELIED BY THE UNDISPUTED FACTUAL RECORD IN THIS PARTICULAR

03:36PM 23   CASE.

03:36PM 24           THE COURT:  OKAY.

03:36PM 25           MR. MOONEY:  AND WE MAY GET TO IT LATER SO I DON'T

03:36PM 1    WANT TO FORGET IT.  BUT I DON'T WANT TO FORGET THE FIRST HALF

03:36PM 2    OF OUR ARGUMENT ON PERSONAL JURISDICTION, WHICH IS THAT THE

03:36PM 3    DEFENDANTS HAVE NOW SPENT HUNDREDS OF THOUSANDS OF DOLLARS

03:36PM 4    LITIGATING THIS CASE IN FRANCE AND EVERY SINGLE JUDGE WHO HAS

03:36PM 5    CONSIDERED THE QUESTION HAS SAID IF YOU VOLUNTARILY APPEAR

03:36PM 6    AFTERWARDS IN THE FOREIGN JURISDICTION, YOU WAIVE THE ARGUMENT.

03:36PM 7    BUT I WILL STEP BACK FOR NOW.

03:36PM 8             MR. POPOVIC:  THANK YOU, YOUR HONOR.  VERY QUICKLY.

03:36PM 9    FIRST, IN RESPONSE TO THE GENERAL PROPOSITION THAT PERSONAL

03:36PM 10   JURISDICTION, THAT THE PERSONAL JURISDICTION STANDARD FOR

03:36PM 11   RECOGNITION OF A FOREIGN JUDGMENT DOES NOT MATCH THE PERSONAL

03:36PM 12   JURISDICTION STANDARD FOR OBTAINING JURISDICTION IN AN ORIGINAL

03:36PM 13   CASE IN CALIFORNIA, WE FUNDAMENTALLY DISAGREE THAT YOU CAN SKIP

03:37PM 14   THE STEP OF SERVICE OF PROCESS.  SERVICE OF PROCESS IS A

03:37PM 15   SEPARATE REQUIREMENT BUT IS A REQUIREMENT THAT IS TIED TO DUE

03:37PM 16   PROCESS.

03:37PM 17       AS THE ROCKEFELLER CASE SAYS, THE LACK OF PROPER SERVICE

03:37PM 18   MEANS THE RESULTING JUDGMENT IS VOID AS VIOLATING FUNDAMENTAL

03:37PM 19   DUE PROCESS.  SO IT IS NOT DISCONNECTED.  IT'S NOT JUST A

03:37PM 20   TECHNICAL TEST.

03:37PM 21       AS A TECHNICAL TEST YOU MAY BE ABLE TO SATISFY IT IF YOU

03:37PM 22   HAVE SUBSTANTIAL COMPLIANCE.  BUT THAT'S A DIFFERENT ISSUE FROM

03:37PM 23   WHETHER THERE WAS NO SERVICE OF PROCESS IN WHICH CASE THE

03:37PM 24   ENSUING JUDGMENT WOULD BE VOID IN CALIFORNIA BECAUSE IT WOULD

03:37PM 25   BE CONTRARY TO DUE PROCESS.

03:37PM 1       AND VERY QUICKLY RESPONDING TO THE STUDENT AID FUNDS

03:37PM 2   VERSUS ESPINOSA CASE, THAT'S A COMPLETELY DIFFERENT SITUATION.

03:37PM 3   IN THAT CASE THERE WAS A FAILURE TO SERVE.  THERE WAS NO TIMELY

03:37PM 4   OBJECTION, BUT THEN THERE WAS PARTICIPATION ON THE MERITS AND

03:37PM 5   SO AS A CONSEQUENCE OF THAT THE ABILITY TO CHALLENGE

03:38PM 6   JURISDICTION BASED ON DEFECTIVE SERVICE WAS LOST, AND THERE'S

03:38PM 7   NOTHING REMARKABLE ABOUT THAT.

03:38PM 8       AND THE COURT NOTED THAT DUE PROCESS DOES NOT REQUIRE

03:38PM 9   ACTUAL NOTICE AND THAT IN ANY EVENT THE DEFENDANT RECEIVED

03:38PM 10  ACTUAL NOTICE, AND, THEREFORE, THERE WAS NO VIOLATION OF DUE

03:38PM 11  PROCESS UNDER MULLANE BUT THAT'S A DIFFERENT QUESTION OF WHEN

03:38PM 12  THERE WAS NO NOTICE AND THE DEFENDANTS DID NOT APPEAR OR DEFEND

03:38PM 13  AND THEY WERE NEVER SERVED WITH PROCESS.

03:38PM 14      SO THAT'S THE -- THE COURT IN THE STUDENT AID FUNDS VERSUS

03:38PM 15  ESPINOSA CASE, YES, IT TALKS ABOUT ACTUAL NOTICE, BUT THAT'S

03:38PM 16  NOT IN THE CONTEXT OF WAS THERE COMPLIANCE WITH THE SERVICE

03:38PM 17  REQUIREMENT.  THAT LACK OF COMPLIANCE WAS WAIVED WHEN THE PARTY

03:38PM 18  APPEARED AND DEFENDED THE CASE ON THE MERITS.  IN THIS CASE

03:38PM 19  THAT DIDN'T HAPPEN.

03:38PM 20      THE COURT:  BUT AGAIN, YOU RECALL MY EARLIER

03:38PM 21  OBSERVATIONS, AND I THINK IT WAS TOUCHED ON THIS, SHOULD WE

03:38PM 22  CONSIDER YOUR CLIENT'S KNOWLEDGE OF FRENCH?  SHOULD WE CONSIDER

03:39PM 23  HIS EXPERIENCE IN THE LITIGATION?  IS THAT SOMETHING THAT --

03:39PM 24      MR. POPOVIC:  IT MAY BE -- IT WOULD GO TO THE ISSUE

03:39PM 25  OF IF WE GOT PAST THE SERVICE OF PROCESS ISSUE, IT WOULD GO TO

03:39PM 1    THE QUESTION OF WHETHER THE NOTICE WAS CONSTITUTIONALLY

03:39PM 2    REASONABLE, BUT IT DOESN'T ADDRESS THE PRIOR COMPONENT OF WAS

03:39PM 3    SERVICE OF PROCESS CONSISTENT WITH OR CONSISTENT ENOUGH WITH

03:39PM 4    THE STATUTORY SCHEME TO SATISFY THAT ASPECT OF DUE PROCESS.

03:39PM 5          THE COURT:  AND I GATHER FROM YOUR COMMENTS ABOUT

03:39PM 6    THIS, THIS IS YOUR STRONGEST POINT ON THIS ISSUE IS THE SERVICE

03:39PM 7    OF PROCESS ISSUE?

03:39PM 8          MR. POPOVIC:  I DON'T KNOW, I DON'T KNOW THAT I WANT

03:39PM 9    TO RANK THE POINTS.  I THINK IT IS A PARTICULARLY STRONG POINT,

03:39PM 10   BUT I DON'T THINK IT'S THE ONLY POINT.

03:39PM 11         THE COURT:  OKAY.

03:39PM 12         MR. POPOVIC:  I THINK --

03:39PM 13         THE COURT:  FAIR ENOUGH.

03:39PM 14         MR. POPOVIC:  -- WE BRIEFED THE ISSUE OF THE

03:39PM 15   DEFENDANTS' CONTACTS WITH FRANCE, AND I DON'T KNOW THAT WE NEED

03:39PM 16   TO BELABOR THAT HERE, BUT CERTAINLY I DON'T WANT TO DOWNGRADE

03:40PM 17   ANY OF THE OTHER POINTS THAT WE HAVE MADE.

03:40PM 18         THE COURT:  I'M NOT ASKING YOU TO RANK YOUR

03:40PM 19   ARGUMENTS.  IT'S JUST WE SPENT A LOT OF TIME TALKING ABOUT

03:40PM 20   THIS, AND I THINK IT'S VERY IMPORTANT TO YOU.

03:40PM 21         MR. POPOVIC:  AND THIS -- IT IS IMPORTANT BECAUSE IT

03:40PM 22   ALSO GOES TO TWO OTHER DEFENSES.  ONE DEFENSE IS THE LACK OF

03:40PM 23   PERSONAL JURISDICTION; ANOTHER DEFENSE IS THE LACK OF NOTICE;

03:40PM 24   AND THE THIRD DEFENSE IS THE LACK OF DUE PROCESS.

03:40PM 25      SO THE FAILURE OF SERVICE IMPACTS ALL THREE OF THOSE

03:40PM  1    DEFENSES AND SO THAT'S WHY, ALTHOUGH WE'VE I GUESS FRONT LOADED

03:40PM  2    IT BY TALKING ABOUT IT IN THE CONTEXT OF PERSONAL JURISDICTION,

03:40PM  3    IT'S ALSO RELEVANT TO THE OTHER DEFENSES.

03:40PM  4            MR. MOONEY:  COULD I JUST MAKE ONE PRACTICAL POINT

03:40PM  5    BEFORE WE MOVE ON?

03:40PM  6            THE COURT:  SURE.

03:40PM  7            MR. MOONEY:  IF THERE WERE A REQUIREMENT IN THE

03:40PM  8    STATUTE THAT THE ORIGINAL SERVICE OF THE FOREIGN LAWSUIT HAD TO

03:40PM  9    COMPLY WITH EITHER UNITED STATES OR CALIFORNIA RULES, THEN IN

03:40PM  10   MOST LIKELIHOOD NO FOREIGN JUDGMENT WOULD EVER BE ENFORCEABLE

03:40PM  11   IN THE UNITED STATES BECAUSE COUNSEL IN FRANCE FOLLOWS THE

03:41PM  12   FRENCH PROCEDURES AND COUNSEL IN SPAIN FOLLOW THE SPANISH

03:41PM  13   PROCEDURES AND SO ON AND SO FORTH.

03:41PM  14       THE CASES MAKE IT VERY CLEAR THAT IN THE FOREIGN JUDGMENT

03:41PM  15   CONTEXT THE QUESTION IS DUE PROCESS, NOT DID I DELIVER IT TO

03:41PM  16   THE PRIMARY PLACE OF RESIDENCE OR WHATEVER THE TECHNICAL WORDS

03:41PM  17   ARE THAT ARE USED BY THE CALIFORNIA STATUTE.

03:41PM  18           THE COURT:  AND DO YOU HAVE A RESPONSE TO A DUE

03:41PM  19   PROCESS ARGUMENT IN THIS CASE, MR. POPOVIC?

03:41PM  20           MR. POPOVIC:  IN THAT WHETHER THE NOTICE WAS

03:41PM  21   REASONABLY CALCULATED TO?  YEAH, OUR RESPONSE TO THAT IS THAT

03:41PM  22   IT WAS NOT.  HE DID NOT UNDERSTAND IT.  TO AFFORD HIM THE

03:41PM  23   OPPORTUNITY TO INTERVENE IN THE CASE, WHAT THE NOTICE SAID IS A

03:41PM  24   DECISION HAS BEEN MADE.  THE DEFENDANT, OR RATHER THE

03:41PM  25   PLAINTIFF, CAN PROVIDE PROOF OF SERVICE AND YOU CAN APPEAL.

03:41PM 1    THAT IS NOT THE SAME AS SAYING A LAWSUIT HAS BEEN FILED AGAINST

03:41PM 2    YOU, YOU NEED TO ENTER AN APPEARANCE IF YOU WANT TO PROTECT

03:41PM 3    YOUR RIGHTS BY X DATE, AND IF YOU DON'T, HERE'S WHAT IS GOING

03:42PM 4    TO HAPPEN TO YOU.  THAT IS VERY DIFFERENT.

03:42PM 5        A SUMMONS SERVES A PARTICULAR PURPOSE IN ANY JURISDICTION.

03:42PM 6    THIS IS NOT JUST SOMETHING SPECIFIC TO THE U.S.  ANY

03:42PM 7    JURISDICTION, I'M AWARE OF, REQUIRES SOMETHING LIKE THAT.

03:42PM 8        AS THE TIMING WORKS OUT I TEACH A COURSE IN INTERNATIONAL

03:42PM 9    LITIGATION AND ARBITRATION, AND WE JUST SPENT THE PAST TWO

03:42PM 10   WEEKS GOING OVER THESE ISSUES.  SO I APOLOGIZE IF I'M TALKING

03:42PM 11   TOO MUCH ABOUT IT.

03:42PM 12           THE COURT:  I'M SURPRISED YOUR CLASS IS NOT HERE

03:42PM 13   WATCHING IT.

03:42PM 14           MR. POPOVIC:  WELL, THEY HAVE OTHER THINGS TO DO, I

03:42PM 15   HOPE, LIKE THE READING FOR THE NEXT CLASS.

03:42PM 16       BUT THE POINT IS THAT I AM -- IT'S NOT IN THE RECORD OR IN

03:42PM 17   THE BRIEFING HERE, BUT I AM FAMILIAR WITH THE KIND OF

03:42PM 18   COMPARATIVE COMPONENT OF THIS, AND THE ELEMENT THAT ELIMINATES

03:42PM 19   THE CONCERN THAT MR. MOONEY HAS IDENTIFIED ABOUT THEY WILL

03:42PM 20   NEVER COMPLY WITH THE FOREIGN CASE, IT WILL NEVER COMPLY WITH

03:42PM 21   THE REQUIREMENTS IN THE U.S. IS THE HAGUE SERVICE CONVENTION.

03:43PM 22   THERE IS SOME REGULATION AND HARMONIZATION OF THE STANDARDS AND

03:43PM 23   IN EVERY JURISDICTION THAT I'M AWARE OF YOU HAVE TO ESTABLISH

03:43PM 24   CERTAIN THINGS, INCLUDING THERE HAS -- THERE IS SOME MECHANICAL

03:43PM 25   COMPONENT OF SERVICE OF PROCESS THAT IS REQUIRED BEFORE A COURT

03:43PM  1    CAN ACQUIRE PERSONAL JURISDICTION BUT FOR OUR CURRENT PURPOSES

03:43PM  2    IT'S IMPORTANT TO NOTE THAT THERE ARE THREE DEFENSES HERE THAT

03:43PM  3    ARE IMPLICATED BY THE FAILURE TO PROVIDE NOTICE.

03:43PM  4        ONE IS THE LACK OF PERSONAL JURISDICTION.  ANOTHER IS DUE

03:43PM  5    PROCESS.  THAT MEANS THOSE ARE DIFFERENT THINGS AND SO THAT

03:43PM  6    MEANS THAT YOU DON'T HAVE TO SATISFY A FAILURE OF DUE PROCESS

03:43PM  7    TO ESTABLISH THAT THERE WAS A LACK OF PERSONAL JURISDICTION.

03:43PM  8        BY THE SAME TOKEN, IF YOU CAN ESTABLISH A LACK OF NOTICE

03:43PM  9    OR INSUFFICIENT NOTICE, AGAIN, IT DOESN'T HAVE TO BE A DUE

03:43PM  10   PROCESS ISSUE, IT HAS TO BE THAT IT IS NOTICE THAT WAS NOT

03:43PM  11   ADEQUATE TO ALLOW THE DEFENDANT TO MAKE A TIMELY DEFENSE.

03:44PM  12        MR. MOONEY:  HERE THAT'S NOT QUITE RIGHT, YOUR

03:44PM  13   HONOR, BECAUSE HERE THE DUE PROCESS DEFENSE IS A DISCRETIONARY

03:44PM  14   ONE IN A DIFFERENT SECTION OF THE STATUTE.

03:44PM  15        THIS ONE IF YOU CONCLUDE THAT THERE IS NO PERSONAL

03:44PM  16   JURISDICTION, YOU WOULD BE REQUIRED TO RULE IN THEIR FAVOR.  SO

03:44PM  17   THE FACT THAT THERE ARE TWO DIFFERENT THINGS DISCUSSED IN TWO

03:44PM  18   DIFFERENT PLACES DOESN'T CHANGE THE FACT.

03:44PM  19        AND OF COURSE MR. POPOVIC IS MUCH MORE LEARNED THAN I IN

03:44PM  20   INTERNATIONAL LAW, BUT THE HAGUE CONVENTION PROVIDES A LOT LESS

03:44PM  21   STANDARDIZATION THAN YOU EXPECT.  I JUST SERVED THE DEFENDANTS

03:44PM  22   IN FRANCE.  THEY DID NOT REJECT ARTICLE 10(A) OF THE HAGUE

03:44PM  23   CONVENTION.  I'M TRYING TO SERVE PEOPLE IN MEXICO.  THEY DO

03:44PM  24   REJECT 10(A) OF THE HAGUE CONVENTION.  SOME STATES ALLOW

03:44PM  25   INDIVIDUAL LAWYERS TO SERVE THE PROCESS.  SOME STATES REQUIRE

03:44PM 1    THE CENTRAL GOVERNMENT TO SERVE THE PROCESS.

03:44PM 2         THE POINT IS THAT IN THE CONTEXT OF A CASE WHERE THE

03:44PM 3    FRENCH COURT HAS CONCLUDED THAT ITS RULES HAVE BEEN SATISFIED,

03:44PM 4    THE QUESTION IS WHETHER WE SHOULD STILL NOT RECOGNIZE BECAUSE

03:44PM 5    WE THINK IT'S SO UNFAIR THAT IT VIOLATES THE 5TH AND 14TH

03:44PM 6    AMENDMENT REGARDLESS OF WHAT HAPPENS IN FRANCE.

03:45PM 7         THE COURT:  AND AS I UNDERSTAND THE HAGUE, AND THIS

03:45PM 8    IS PERHAPS OFF THE POINT OF OUR DISCUSSION, BUT HAGUE ALLOWS OR

03:45PM 9    HAS AN APPELLATE COMPONENT TO IT I THINK; IS THAT CORRECT?

03:45PM 10        MR. POPOVIC:  WELL, FOR THE INITIATION OF ANY NEW

03:45PM 11   PROCEEDING THERE IS A WAY TO COMPLY WITH -- FOR A HAGUE

03:45PM 12   SIGNATORY STATE THERE'S A WAY TO COMPLY WITH THE HAGUE

03:45PM 13   CONVENTION, AND THE RULES MAY BE DIFFERENT IN AN APPELLATE

03:45PM 14   MATTER THAN THEY ARE IN A COURT OF FIRST INSTANCE, BUT THERE

03:45PM 15   ARE -- BUT EITHER WAY YOU HAVE TO DO SOMETHING TO INITIATE A

03:45PM 16   CASE, AND THAT'S THE KEY DISTINCTION THAT I'M TRYING TO

03:45PM 17   HIGHLIGHT FOR THE COURT IS THE DISTINCTION BETWEEN THE

03:45PM 18   INITIATING DOCUMENTS, THAT IS, THE SUMMONS AND COMPLAINT OR IN

03:45PM 19   SOME JURISDICTIONS IT'S A WRIT, OR SOMETHING LIKE THAT, AND

03:45PM 20   SUBSEQUENT COMMUNICATIONS IN A CASE WHICH CAN BE SERVED

03:45PM 21   DIFFERENT WAYS.

03:45PM 22        AND SO THE --

03:45PM 23        THE COURT:  PARDON ME.  THIS SERVICE THAT WE'RE

03:45PM 24   TALKING ABOUT HERE WAS SUBSEQUENT.  THIS WAS MORE OF A --

03:46PM 25   WASN'T IT MORE LIKE AN APPELLATE, I'LL CALL IT THAT, I KNOW

03:46PM  1    THAT IS NOT WHAT IT WAS, BUT IT SEEMS LIKE IT WAS MORE OF A

03:46PM  2    SUBSEQUENT PROCEEDING.

03:46PM  3            MR. POPOVIC:  INDEED, YOUR HONOR.  AND THAT'S -- TO

03:46PM  4    US THAT'S A VERY SIGNIFICANT DISTINCTION.  THAT THE PLAINTIFF,

03:46PM  5    OR RATHER THE DEFENDANTS IN THIS CASE DID NOT RECEIVE A COPY OF

03:46PM  6    THE SUMMONS IN THE ENFORCEMENT ACTION UNTIL DISCOVERY IN THE

03:46PM  7    CURRENT PROCEEDINGS PENDING BEFORE YOUR HONOR.

03:46PM  8        SO THIS DID NOT GET THE NOTICE THAT THEY ARE DUE.

03:46PM  9            THE COURT:  INITIALLY.

03:46PM 10            MR. MOONEY:  BUT TO BE CLEAR, YOUR HONOR, I THINK

03:46PM 11    YOU MIGHT HAVE MISSPOKEN IN YOUR QUESTION.  THEY GOT THE

03:46PM 12    NOTICE -- IT'S NOT CALLED A NOTICE, ALL RIGHT.  THEY GOT THE

03:46PM 13    INFORMATION ABOUT THE CASE IN NOVEMBER DURING THE COURSE OF THE

03:46PM 14    ORIGINAL ENFORCEMENT PROCEEDING BEFORE JUDGMENT WAS ENTERED IN

03:46PM 15    JANUARY.

03:46PM 16            THE COURT:  CORRECT.  CORRECT.  THAT'S HOW I

03:46PM 17    UNDERSTAND THE TIMELINE.  YOU AGREE WITH THAT TIMELINE?

03:46PM 18            MR. POPOVIC:  THAT'S CORRECT, AND THEY GOT SOMETHING

03:46PM 19    THAT IN TRANSLATION IS CALLED NOTIFICATION OF A DECISION WHICH

03:46PM 20    IS VERY DIFFERENT FROM YOU'VE BEEN SUED.

03:47PM 21            THE COURT:  AND THAT NOTIFICATION HAD -- I THINK IT

03:47PM 22    HAD A FUTURE COURT DATE ON IT, DIDN'T IT?

03:47PM 23            MR. POPOVIC:  IT HAD A FUTURE COURT DATE FOR A

03:47PM 24    PARTICULAR PURPOSE.  IT WAS FOR THE PARTICULAR PURPOSE OF THE

03:47PM 25    PLAINTIFF PROVIDING EVIDENCE OF WHAT IT HAD DONE -- THE HAGUE

03:47PM 1   DOCUMENTS BASICALLY TO SHOW THAT IT HAD ATTEMPTED TO EFFECT

03:47PM 2   SERVICE.  IT SAYS NOTHING ABOUT ANYTHING THAT THE DEFENDANTS

03:47PM 3   CAN DO EXCEPT TO SAY THAT THE APPEAL PERIOD AND THE APPEAL

03:47PM 4   ITSELF HAVE NO SUSPENSIVE EFFECT.  THAT'S THE -- AND THAT'S THE

03:47PM 5   ENGLISH TRANSLATION.

03:47PM 6        THE FRENCH FOR EVEN SOMEBODY WHO MIGHT BE QUITE ABLE TO

03:47PM 7   CONDUCT OTHER AFFAIRS IN FRENCH I DON'T THINK THAT'S GOING TO

03:47PM 8   BE CLEAR TO SOMEONE THAT THEY NEED TO -- THAT THEY NEED TO HIRE

03:47PM 9   A LAWYER TO DEFEND THIS OR THAT THEY COULD.

03:47PM 10       WHENEVER YOUR HONOR IS READY, I THINK THERE ARE SOME OTHER

03:47PM 11  DEFENSES IF YOU'RE INTERESTED THAT THERE IS SOMETHING TO BE

03:47PM 12  SAID ABOUT.

03:47PM 13           THE COURT:  WELL, BELOW THE APPEAL PERIOD IT ALSO

03:48PM 14  SAYS IN CASE OF AN APPEAL AN APPLICATION FOR STAY OF EXECUTION

03:48PM 15  CAN BE FILED.

03:48PM 16           MR. POPOVIC:  THAT'S CORRECT.  SO TO ME AGAIN IN THE

03:48PM 17  ENGLISH TRANSLATION THAT SUGGESTS THAT IT HAS ALREADY HAPPENED

03:48PM 18  SO YOU MAY BE ABLE TO SUSPEND IT IF YOU WANT TO PURSUE AN

03:48PM 19  APPEAL, BUT AGAIN, THAT'S VERY DIFFERENT FROM YOU HAVE AN

03:48PM 20  OPPORTUNITY TO DEFEND YOURSELF IN THE UNDERLYING CASE.

03:48PM 21           THE COURT:  WELL, BUT AN APPEAL -- I SUPPOSE WE CAN

03:48PM 22  TALK ABOUT ANGELS ON PINHEADS, BUT AN APPEAL COULD ULTIMATELY

03:48PM 23  MEAN OVERTURNING THE DECISION.

03:48PM 24           MR. POPOVIC:  IT COULD, AND MAYBE IF YOU OR I

03:48PM 25  RECEIVED SOMETHING LIKE THAT WE WOULD THINK ABOUT THAT AND WE

03:48PM  1    WOULD SAY I BETTER TALK TO A FRENCH LAWYER ABOUT THIS.

03:48PM  2              THE COURT:  BUT IF I HAD FRENCH LAWYERS WITH WHOM

03:48PM  3    I'VE BEEN ENGAGED IN LITIGATION FOR A NUMBER OF YEARS, DOES

03:48PM  4    THAT MAKE A DIFFERENCE?

03:49PM  5              MR. POPOVIC:  WELL, I DON'T THINK IT MAKES A

03:49PM  6    DIFFERENCE IN TERMS OF THE -- WHETHER THIS IS COMPLIANT WITH

03:49PM  7    THE REQUIREMENTS OF DUE PROCESS FOR SERVICE OF PROCESS, BUT I

03:49PM  8    ALSO THINK THAT THERE'S A FACTUAL ISSUE HERE, WHICH IS THAT

03:49PM  9    THIS IS 2011.

03:49PM  10        THE UNDERLYING JUDGMENT THAT THIS IS SEEKING ENFORCEMENT

03:49PM  11   OF WAS ISSUED IN 2001.  SO THIS IS TEN YEARS AGO.  SO THIS IS

03:49PM  12   NOT AS IF -- THERE IS NOTHING IN THE RECORD TO SUGGEST THAT THE

03:49PM  13   DEFENDANTS WERE IN ONGOING COMMUNICATION WITH FRENCH LAWYERS TO

03:49PM  14   WHOM THEY WOULD HAVE THOUGHT, OKAY, I'VE GOT A DOCUMENT, AND I

03:49PM  15   BETTER HAVE THEM TAKE A LOOK.

03:49PM  16             THE COURT:  BUT WHAT IS IN THE RECORD IS THAT HE HAD

03:49PM  17   SOME FAMILIARITY WITH FRENCH LAW AND FRENCH LAWYERS.

03:49PM  18             MR. POPOVIC:  THAT HE HAS EXPERIENCE.

03:49PM  19             THE COURT:  RIGHT, RIGHT.  ALBEIT A DECADE

03:49PM  20   PREVIOUSLY.

03:49PM  21             MR. POPOVIC:  YES.

03:49PM  22             THE COURT:  ANYTHING YOU'D LIKE TO ADD?

03:49PM  23             MR. MOONEY:  THE ONLY THING, I WOULD JUST LIKE TO

03:49PM  24   COMMEND TO YOUR HONOR THE FIRST HALF OF OUR ARGUMENT ON

03:50PM  25   PERSONAL JURISDICTION.  WE CITED FOUR CASES, ONE A UNANIMOUS

03:50PM 1    DECISION OF FIVE JUDGES ON THE TOP COURT OF NEW YORK ALL OF

03:50PM 2    WHICH SAID THAT IF THERE'S A DEFAULT JUDGMENT AGAINST YOU IN A

03:50PM 3    FOREIGN COUNTRY AND THEN YOU GO BACK TO THE FOREIGN COUNTRY AND

03:50PM 4    FILE A MOTION TO SET ASIDE OR MAKE ARGUMENTS RELATING TO THE

03:50PM 5    MERITS, THEN YOU HAVE FAILED TO SATISFY THE PROVISION IN THE

03:50PM 6    UNIFORM FOREIGN COUNTRY MONEY JUDGMENT RECOGNITION ACT BECAUSE

03:50PM 7    YOU HAVE LITIGATED THERE, AND WITHOUT BELABORING THE POINT TOO

03:50PM 8    MUCH BECAUSE IT'S IN THE PAPERS, THE DEFENDANTS HAVE NO

03:50PM 9    RESPONSE TO THAT.  THEY DON'T CITE ANY AUTHORITY TO THE

03:50PM 10   CONTRARY, AND I THINK WE SHOULD WIN ON THAT ISSUE REGARDLESS OF

03:50PM 11   ALL OF THE REST OF THIS VERY INTERESTING ARGUMENT EFFECTIVELY

03:50PM 12   PRESENTED BY COUNSEL.

03:50PM 13         MR. POPOVIC:  YOUR HONOR, IF I MAY BRIEFLY ADDRESS

03:50PM 14   THAT PART.  THE CASES THAT THEY RELY ON, AND MR. MOONEY HAS NOT

03:50PM 15   CITED TO THEM, BUT I ASSUME HE'S REFERRING TO THE CADLE COMPANY

03:51PM 16   AND THE S.C. CHIMEXIM CASES?

03:51PM 17         MR. MOONEY:  NO, THAT'S AN EVEN DIFFERENT ARGUMENT.

03:51PM 18   CADLE IS A DIFFERENT ARGUMENT.  CADLE RELATES TO THE FACT THAT

03:51PM 19   HE LITIGATED AND A JUDGMENT WAS ENTERED AGAINST HIM AND SO

03:51PM 20   THOSE COURTS WOULD RETAIN JURISDICTION TO ENFORCE THE JUDGMENT

03:51PM 21   EVEN IF IT'S A DIFFERENT COURT.

03:51PM 22       SO THE FACT THAT IT'S TECHNICALLY A TRIBUNALE DE GRANDE

03:51PM 23   INSTANCE.  TRIBUNALE IS JUST LIKE TRIBUNAL WITH AN E ON THE

03:51PM 24   END, DE, D-E, GRANDE, LIKE GRAND WITH AN E, ON THE I THINK

03:51PM 25   INSTANCE IS I-N-S-T-A-N-C-E.  THE CASES SAY, LOOK, YOU CAN

03:51PM   1    ENFORCE IT IN A DIFFERENT SUPERIOR COURT, AND THEY'VE WAIVED

03:51PM   2    THEIR ARGUMENT ABOUT PERSONAL JURISDICTION BECAUSE THEY APPEAR

03:51PM   3    TO DEFEND IN THE UNDERLYING ACTION.  SO I LIKED THOSE TWO

03:51PM   4    ARGUMENTS SO I WANT YOUR HONOR TO CONSIDER THEM ONE WAY OR THE

03:51PM   5    OTHER.

03:51PM   6              MR. POPOVIC:  I THINK THOSE CASES ARE

03:51PM   7    DISTINGUISHABLE, AND I THINK THE CIRCUMSTANCES HERE ARE

03:51PM   8    DISTINGUISHABLE.

03:51PM   9         THIS IS NOT -- THIS IS A SEPARATE ACTION.  AN ENFORCEMENT

03:52PM  10    ACTION IS NOT THE SAME AS CONTINUING OR APPEALING FROM THE

03:52PM  11    UNDERLYING ACTION AND A SUBSEQUENT ACTION TO THE REVISION

03:52PM  12    ACTION, WHICH I ASSUME IS THE SUBSEQUENT ACTION BEING REFERRED

03:52PM  13    TO WHICH IS STILL PENDING BY THE WAY IN THE HIGHEST COURT IN

03:52PM  14    FRANCE.  SO THAT'S NOT OVER.  WE STILL DON'T KNOW.  THERE'S A

03:52PM  15    CHANCE THAT THAT COURT WILL THROW OUT THE UNDERLYING FRENCH

03:52PM  16    JUDGMENT AND THEN WE CAN LEAVE YOUR HONOR ALONE BUT WE'RE NOT

03:52PM  17    THERE YET BECAUSE THAT'S STILL PENDING.

03:52PM  18         BUT YOU HAVE TO FOLLOW THE TIMELINE AS YOUR HONOR HAS

03:52PM  19    SUGGESTED.  THERE WAS LITIGATION BETWEEN 1996 AND 2001 AND IN

03:52PM  20    THAT LITIGATION THE DEFENDANTS PARTICIPATED.

03:52PM  21         THEN THERE WAS A TEN-YEAR GAP AND A NEW CASE INITIATED BY

03:52PM  22    A NEW PROCESS THAT WAS NOT SERVED.

03:52PM  23         AND THEN THERE WAS A SUBSEQUENT CASE WHEN THIS NEW CASE --

03:52PM  24    THE CURRENT CASE WAS SERVED AND WE LEARNED ABOUT THE LACK OF

03:52PM  25    STANDING WHICH HAD NOT BEEN DISCLOSED TO THE ENFORCEMENT JUDGE

03:53PM 1      IN FRANCE, AND UPON THAT, THAT WAS THE TRIGGER FOR A FRENCH

03:53PM 2      PROCEDURE, THE REVISION ACTION, THAT IS NOT AN APPEAL AND IT'S

03:53PM 3      NOT AN ATTACK ON THE MERITS.  IT'S A VERY SPECIFIC REMEDY, VERY

03:53PM 4      LIMITED REMEDY, THAT ONE CAN IN EFFECT COLLATERALLY ATTACK A

03:53PM 5      FRENCH JUDGMENT IF THERE WAS SOMETHING THAT WAS DONE IN THE

03:53PM 6      UNDERLYING CASE THAT IN EFFECT DEFRAUDED THE COURT, AND,

03:53PM 7      THEREFORE, THE COURT WASN'T ABLE -- WASN'T PRESENTED WITH AN

03:53PM 8      ACCURATE RECORD, AND, THEREFORE, IT COULDN'T HAVE DECIDED THE

03:53PM 9      CASE CORRECTLY.

03:53PM 10          AND ON THAT ISSUE, WHICH IS IN FRONT OF THE COURT OF

03:53PM 11     CASSATION, C-A-S-S-A-T-I-O-N, RIGHT NOW, THERE'S AN ISSUE --

03:53PM 12     THERE'S AN ISSUE ON APPEAL.  THE MAIN ISSUE ON APPEAL IS

03:53PM 13     WHETHER THE DEFENDANTS HAD ENOUGH INFORMATION ABOUT THE CASE

03:53PM 14     THAT THEY COULD HAVE RAISED IT ON APPEAL IN THE UNDERLYING CASE

03:53PM 15     ALONG THE SAME LINES THAT YOUR HONOR IS SUGGESTING.

03:54PM 16          BUT THAT'S A DIFFERENT ISSUE FROM WHETHER THE INITIATION

03:54PM 17     OF THE ENFORCEMENT ACTION CAN STILL HAVE TO INCLUDE SERVICE OF

03:54PM 18     PROCESS OR WHETHER THE EXISTENCE OF PRIOR AND SUBSEQUENT ACTION

03:54PM 19     SOMEHOW ELIMINATES THAT REQUIREMENT.  AND OUR POSITION IS THAT

03:54PM 20     IT DOESN'T, AND THERE'S NO AUTHORITY, AND NONE OF THE AUTHORITY

03:54PM 21     THAT THE PLAINTIFFS HAVE CITED SUGGESTS OTHERWISE.

03:54PM 22              MR. MOONEY:  I JUST DON'T THINK THAT'S RIGHT, YOUR

03:54PM 23     HONOR.  I MEAN, IN THE CADLE CASE, WHICH WAS THE CASE INVOLVING

03:54PM 24     THE PRIOR AGREED, YOU KNOW, VOLUNTARY APPEARANCE THERE WAS A

03:54PM 25     NEW CASE.  IT WAS NOT THE COURT RETAINING JURISDICTION.  IT WAS

03:54PM  1    A NEW CASE IN A NEW COURT.

03:54PM  2            THE COURT:  AND THAT'S DIFFERENT HERE.  IF I TAKE IT

03:54PM  3    THAT THERE WAS A JUDGMENT AND THEN THE JUDGMENT WENT TO AN

03:54PM  4    ENFORCEMENT COURT, IF YOU WILL, AND I'M BEING VERY -- I'M NOT

03:54PM  5    BEING VERY SOPHISTICATED ABOUT THE WAY I DESCRIBE THE FRENCH

03:54PM  6    SYSTEM, BUT A NEW CASE DID NOT GENERATE PER SE, IT WASN'T A NEW

03:55PM  7    FILING PER SE.  IT INVOLVED THE SAME ISSUE, THE SAME

03:55PM  8    ENFORCEMENT.

03:55PM  9            MR. POPOVIC:  BUT, YOUR HONOR, IT WAS A NEW CASE

03:55PM  10   WITH A NEW CASE NUMBER AND A NEW INITIATION.

03:55PM  11       AND QUICKLY ON THE CADLE CASE.  I WAS VERY INTERESTED IN

03:55PM  12   THE CADLE CASE SO I WENT AND LOOKED AT THE DOCKET IN THE CADLE

03:55PM  13   CASE.  PROOF OF SERVICE WASN'T THE ISSUE.  THERE WAS A PROOF OF

03:55PM  14   SERVICE FILED.  THE ISSUE THERE WAS WHETHER PRIOR CONTACTS THAT

03:55PM  15   THE DEFENDANT HAD WITH THE JURISDICTION COULD BE CONSIDERED IN

03:55PM  16   THE DUE PROCESS INQUIRY IN THE SUBSEQUENT CASE AND THE COURT

03:55PM  17   HELD THAT THEY COULD.

03:55PM  18       THE COURT DIDN'T ADDRESS THE ISSUE OF WHETHER THERE NEEDED

03:55PM  19   TO BE NEW SERVICE BECAUSE THERE WAS NEW SERVICE.

03:55PM  20            MR. MOONEY:  I ACTUALLY THINK I AGREE WITH THAT,

03:55PM  21   YOUR HONOR.  I THINK THAT THIS REALLY ONLY ADDRESSES THE "ARE

03:55PM  22   THERE ADEQUATE CONNECTIONS TO FRANCE?"  AND IN MY MIND I JUST

03:55PM  23   NOW OVERLOOKED THAT, BUT I THINK COUNSEL IS RIGHT ABOUT THAT.

03:55PM  24            THE COURT:  RIGHT.  SO --

03:55PM  25            MR. MOONEY:  I DO THINK THAT THE OTHER FIVE CASES

03:55PM 1    THAT WE CITE WITH RESPECT TO THE 2014 ARE ALL DIRECTLY ON POINT

03:56PM 2    BECAUSE WHAT THEY'RE ARGUING IN FRANCE NOW, FIRST IN THE TRIAL

03:56PM 3    COURT AND THEN THE COURT OF APPEALS AND NOW POTENTIALLY IN THE

03:56PM 4    HIGHEST COURT IN FRANCE, IS THAT THE JUDGMENT THAT WE'RE TRYING

03:56PM 5    TO ENFORCE WAS WRONGLY DECIDED AND THAT, OF COURSE, IS --

03:56PM 6    THEY'RE NOT SAYING THAT -- I MEAN, SOME OF WHAT THEY'RE SAYING

03:56PM 7    IS THAT THERE'S NO PERSONAL JURISDICTION BUT SOME OF WHAT

03:56PM 8    THEY'RE SAYING IS THAT, AS MR. POPOVIC SAID, THERE WAS A FRAUD

03:56PM 9    ON THE COURT AND SO THE DECISION IS WRONG.

03:56PM 10        AND ALL THESE CASES SO WOULD YOU GO AND YOU LITIGATE THE

03:56PM 11   MERITS AND IF YOU LOOK AT THE CLEAR LANGUAGE OF THE STATUTE,

03:56PM 12   YOU'VE WAIVED YOUR PERSONAL JURISDICTION.

03:56PM 13           THE COURT:  WHICH ALSO BEGS THE QUESTION SHOULD THIS

03:56PM 14   COURT WAIT UNTIL THE FRENCH COURT DECIDES?

03:56PM 15           MR. MOONEY:  QUITE POSSIBLY.  I MEAN, I DON'T REALLY

03:56PM 16   HAVE A POSITION ONE WAY OR THE OTHER.  I MEAN, I THINK --

03:56PM 17   OBVIOUSLY I THINK WE'RE GOING TO WIN.  WE WON -- BUT I'M NOT A

03:56PM 18   FRENCH LAWYER SO I DON'T KNOW.

03:56PM 19           MR. POPOVIC:  OUR VIEW ON THAT IS THAT THE FRENCH

03:56PM 20   DECISION CAN DO TWO THINGS.  IF WE PREVAIL, IF THE DEFENDANTS

03:57PM 21   PREVAIL IN THE FRENCH REVISION ACTION IN THE HIGHEST COURT IN

03:57PM 22   FRANCE, THAT WILL MEAN AS A MATTER OF FRENCH LAW THE JUDGMENT

03:57PM 23   IS WIPED OUT AND THEN I THINK WE WOULD TAKE THAT INFORMATION

03:57PM 24   BACK TO THIS COURT AND THEN THERE WOULD BE NO JUDGMENT FOR

03:57PM 25   THIS, WE WOULD CERTAINLY ARGUE THAT THERE WOULD BE NO JUDGMENT

03:57PM 1    FOR THIS COURT TO RECOGNIZE.

03:57PM 2        ON THE OTHER HAND, IF THE FRENCH COURT DECIDES AGAINST THE

03:57PM 3    DEFENDANTS, THEN WE'RE IN THE SAME POSITION THAT WE'RE IN RIGHT

03:57PM 4    NOW.

03:57PM 5        SO CERTAINLY IF THERE IS A POSSIBILITY, AND WE THINK IT'S

03:57PM 6    A STRONG POSSIBILITY BECAUSE IT'S THE POSITION THAT WE HAVE

03:57PM 7    TAKEN AND WE THINK IT'S CORRECT THAT THE FRENCH COURT, ALTHOUGH

03:57PM 8    WE DON'T KNOW WHEN IT WILL ISSUE ITS DECISION, AND THE BRIEFING

03:57PM 9    HAS NOT EVEN HAPPENED YET IN THE HIGHEST COURT.

03:57PM 10            THE COURT:  THAT WAS MY QUESTION.

03:57PM 11            MR. POPOVIC:  SO THERE'S NO IMMINENT DECISION IN

03:57PM 12   THAT CASE.

03:57PM 13       SO WE THINK THAT THERE IS -- I CAN UNDERSTAND AS A MATTER

03:57PM 14   OF CONSERVATION OF THIS COURT'S RESOURCES THAT THERE IS SOME

03:57PM 15   BENEFIT TO WAITING TO SEE WHAT HAPPENS.

03:58PM 16       BUT I THINK THAT THERE'S -- THERE IS A POSSIBILITY AND

03:58PM 17   CERTAINLY, YOU KNOW, THE BEST WAY OF PREDICTING THE OUTCOME OF

03:58PM 18   AN APPELLATE CASE IS TO SEE WHO WON BELOW, I WOULD SAY I'M NOT

03:58PM 19   GOING TO PREDICT, ALTHOUGH I CERTAINLY THINK OUR POSITION IS

03:58PM 20   CORRECT AND THAT WE SHOULD PREVAIL.  I'M NOT GOING TO PREDICT

03:58PM 21   THAT WE WILL, BUT THAT'S OBVIOUSLY UP TO THE COURT'S DISCRETION

03:58PM 22   AS TO WHETHER IT'S WORTH THE EFFORT TO ADJUDICATE THESE ISSUES.

03:58PM 23       PLAINLY, THE COURT HAS PUT A LOT OF EFFORT INTO THIS

03:58PM 24   ALREADY.  WE ALSO THINK THAT THESE ARE INTERESTING ISSUES AND

03:58PM 25   THERE'S VERY LITTLE LAW ABOUT THEM.  SO THERE'S SOME BENEFIT TO

03:58PM   1    THE JURISPRUDENCE BUT OUR OBLIGATION IS NOT TO THE

03:58PM   2    JURISPRUDENCE, OUR OBLIGATION IS TO OUR CLIENTS TO GET THE

03:58PM   3    MATTER RESOLVED.  SO CERTAINLY WE'RE INTERESTED IN GETTING IT

03:58PM   4    RESOLVED EXPEDITIOUSLY.

03:58PM   5         THE COURT:  THANK YOU.  I WAS CURIOUS ABOUT THE

03:58PM   6    PROCEEDINGS.  IF YOU HAD TOLD ME THAT IT HAD BEEN SUBMITTED AND

03:58PM   7    ARGUED AND WE'RE JUST WAITING FOR THEM TO PUT PEN TO PAPER,

03:59PM   8    THAT WOULD BE A DIFFERENT ISSUE, BUT IT SOUNDS LIKE THE

03:59PM   9    BRIEFING HAS NOT COMPLETED.

03:59PM   10        MR. POPOVIC:  THAT'S MY UNDERSTANDING.

03:59PM   11        MR. MOONEY:  WE DID, I THINK IT'S FAIR TO SAY, KIND

03:59PM   12   OF MOVE THE CASE KIND OF SLOWER HERE FOR A WHILE BECAUSE THE

03:59PM   13   COURT OF -- IT WAS PENDING BEFORE THE COURT OF APPEALS AND THEN

03:59PM   14   MR. POPOVIC THOUGHT IT WAS A GOOD TIME TO FILE THESE MOTIONS,

03:59PM   15   AND I AGREE.  I'M NOT TRYING TO SAY THAT HE'S --

03:59PM   16        THE COURT:  RIGHT.

03:59PM   17        MR. MOONEY:  BUT, YOU KNOW, NOT THAT I WANT TO TELL

03:59PM   18   YOUR HONOR YOUR HONOR'S BUSINESS, BUT ONE POSSIBLE RESOLUTION

03:59PM   19   OF THAT ISSUE, OF COURSE IT IS A DISCRETIONARY DEFENSE TO NOT

03:59PM   20   ENFORCE THE JUDGMENT IF THERE'S MORE PROCEEDINGS PENDING, IF

03:59PM   21   YOUR HONOR HAS PUT IN MOST OF THE WORK ALREADY.  I THINK

03:59PM   22   CERTAINLY IF YOU'RE GOING TO GRANT SUMMARY JUDGMENT TO THE

03:59PM   23   DEFENDANTS, YOU MIGHT AS WELL DO IT NOW.

03:59PM   24    IF YOU'RE GOING TO GRANT SUMMARY JUDGMENT TO THE

03:59PM   25   PLAINTIFF, I THINK I WOULD KIND OF ARGUE THAT YOU SHOULDN'T

03:59PM   1    EXCEED YOUR DISCRETION TO STAY IT, BUT IN REALITY I WOULDN'T

03:59PM   2    ARGUE VERY HARD WITH THE ONLY CAVEAT TO THAT BEING I THINK IT'S

04:00PM   3    FAIR TO SAY THAT WHOEVER LOSES THIS CASE WILL BE APPEALING AND

04:00PM   4    IT WILL BE ANOTHER THREE YEARS IN THE NINTH CIRCUIT.  SO

04:00PM   5    THERE'S SOME SELFISH BENEFIT TO US.

04:00PM   6             THE COURT:  NO, I APPRECIATE YOUR CANDOR.  THANK

04:00PM   7    YOU.

04:00PM   8             MR. POPOVIC:  I GENERALLY AGREE WITH WHAT MR. MOONEY

04:00PM   9    HAS SAID WITH THE CAVEAT THAT I THINK THAT IF THE FRENCH COURT

04:00PM   10   DECIDES IN FAVOR OF THE DEFENDANTS, THEN THERE'S NO NINTH

04:00PM   11   CIRCUIT APPEAL HERE BECAUSE --

04:00PM   12             MR. MOONEY:  I AGREE WITH THAT.  WE WOULD MOVE TO

04:00PM   13   DISMISS BUT ALL I'M SAYING IS THAT IF THAT'S GOING TO BE IN A

04:00PM   14   YEAR, WE'RE TALKING ABOUT WHAT THE JUDGE MIGHT WISH TO DO

04:00PM   15   CURRENTLY.

04:00PM   16             MR. POPOVIC:  YES.

04:00PM   17             THE COURT:  SO LET ME JUST RETURN TO THE QUESTION

04:00PM   18   THAT I HAD ABOUT THE DISTINCTION BETWEEN THE JUDGMENT

04:00PM   19   ENFORCEMENT COURT AND THE UNDERLYING COURT.

04:00PM   20             MR. POPOVIC:  YES.

04:00PM   21             THE COURT:  AND I'M TRYING TO ANALOGIZE THAT TO OUR

04:00PM   22   SYSTEM, NOT TO MAKE A LEGAL DECISION ABOUT IT, BUT JUST TO

04:00PM   23   COMPARE FOR DISCUSSION.

04:00PM   24        IT SOUNDS LIKE TRIAL COURTS ENTERED A JUDGMENT.

04:00PM   25             MR. POPOVIC:  RIGHT.

04:00PM 1     THE COURT:  AND HERE IF SOMEONE SOUGHT TO ENFORCE

04:00PM 2  THE JUDGMENT, THEY GO BACK TO THE TRIAL COURT WITH THE SAME

04:00PM 3  CASE NUMBER AND THEY'D SAY, JUDGE, I'D LIKE YOU TO ENFORCEMENT

04:01PM 4  JUDGMENT AND THE JUDGE, SHE WOULD SAY, YES, OKAY, SAME CASE

04:01PM 5  NUMBER, HERE IT IS.

04:01PM 6     IN FRANCE IT SOUNDS LIKE WHAT HAPPENS IS THE FRENCH SYSTEM

04:01PM 7  IS THAT THE TRIAL COURT, THE JUDGE, SHE'LL MAKE, SHE'LL MAKE

04:01PM 8  THE ORDER AND THEN IF THERE'S AN ENFORCEMENT ISSUE, IT GOES TO

04:01PM 9  THE ENFORCEMENT COURT, MAYBE WITH A NEW CASE NUMBER BECAUSE

04:01PM 10  THAT'S PROCEDURALLY HOW THEY DO IT, BUT IT'S STILL THE SAME

04:01PM 11  RACE, IF YOU WILL, IT'S STILL THE JUDGMENT THAT IS AT ISSUE.

04:01PM 12     MR. POPOVIC:  IT'S STILL THE SAME JUDGMENT, BUT IT'S

04:01PM 13  NOT -- I THINK THE ANALOGY IS IMPERFECT IN PART BECAUSE THE

04:01PM 14  SYSTEMS ARE DIFFERENT BUT ALSO BECAUSE THE REMEDY IS VERY

04:01PM 15  DIFFERENT.  WE'RE TALKING ABOUT A REMEDY THAT IS UNIQUE TO THE

04:01PM 16  FRENCH SYSTEM THAT HAS NO ANALOG IN THE U.S. SYSTEM.

04:01PM 17     AND THAT'S SIGNIFICANT HERE BECAUSE IF YOU BRING AN

04:01PM 18  ENFORCEMENT ACTION TO LIQUIDATE AN ASTREINTE, THAT INVOLVES NEW

04:01PM 19  FACTS THAT ARE NOT BEFORE, THAT WERE NOT CONSIDERED.  THEY WERE

04:02PM 20  NOT PART OF THE UNDERLYING CASE.  THIS IS A NEW CASE BECAUSE IN

04:02PM 21  THE NEW CASE THE PLAINTIFF WOULD HAVE TO ESTABLISH THAT THE

04:02PM 22  ALLEGEDLY OFFENDING BOOKS WERE IN FRANCE, HOW MANY OF THEM WERE

04:02PM 23  THERE, AND HOW DID THEY GET THERE.

04:02PM 24     MAYBE SOME THIRD PARTY HAD BROUGHT THEM IN OR HAD BEEN

04:02PM 25  HOLDING THEM ALL OF THIS TIME AND HID THEM FROM THE DEFENDANTS

04:02PM 1    WHO WERE TRYING WITH ALL OF THEIR MIGHT TO GET THEM OUT OF THE

04:02PM 2    COUNTRY.

04:02PM 3            THE COURT:  SO THERE'S AN EVIDENTIARY COMPONENT, AN

04:02PM 4    EVIDENTIARY PART OF THE ENFORCEMENT COURT, A HEARING IF YOU

04:02PM 5    WILL.

04:02PM 6            MR. POPOVIC:  RIGHT.  IT IS A NEW PROCEEDING AND

04:02PM 7    EVIDENCE WAS SUBMITTED.

04:02PM 8      NOW, OUR VIEW OF HOW THAT WENT IS THAT THERE ARE SOME

04:02PM 9    FLAWS IN HOW THE COURT PROCEEDED IN CONSIDERING THAT EVIDENCE

04:02PM 10    AND THAT GOES TO ONE OF OUR OTHER DEFENSES.

04:02PM 11      BUT THE POINT IS THAT IT IS AN INDEPENDENT TRULY NEW

04:02PM 12    DIFFERENT PROCEEDING THAT DOESN'T -- I KNOW OUR MINDS WANT TO

04:02PM 13    TRY AND ANALOGIZE IT TO SOMETHING WE'RE MORE FAMILIAR WITH, BUT

04:03PM 14    IT IS JUST THERE ISN'T ANYTHING IN THE U.S. SYSTEM THAT IS

04:03PM 15    REALLY A GOOD ANALOGY.

04:03PM 16            MR. MOONEY:  I DISAGREE.  I THINK THERE IS A GOOD

04:03PM 17    ANALOGY, YOUR HONOR.

04:03PM 18      SO IF I LITIGATED IN THIS COURT AGAINST SOMEBODY AND

04:03PM 19    OBTAINED A JUDGMENT THAT REQUIRED THEM TO PAY ME MONEY AND

04:03PM 20    REQUIRED TO REFRAIN FROM TAKING CERTAIN STEPS, AND THEN I MOVED

04:03PM 21    TO NEW YORK AND THAT PERSON ALSO MOVED TO NEW YORK OR WHATEVER,

04:03PM 22    I COULD FILE A NEW CASE IN NEW YORK ASKING FOR ENFORCEMENT OF

04:03PM 23    THE JUDGMENT, AND THAT IS NOT REAL LAW, BUT I READ ALL OF THESE

04:03PM 24    ADVANCE SHEETS AND ONCE A WEEK SOMEONE REGISTERS A FOREIGN

04:03PM 25    JUDGMENT FROM MICHIGAN IN THIS COURT OR IN THE CENTRAL DISTRICT

04:03PM  1    AND HAS A NEW CASE NUMBER, AND IT NEEDS NEW EVIDENCE BECAUSE

04:03PM  2    THE DEFENDANT CAN SAY.  I DIDN'T VIOLATE THE INJUNCTION.  THE

04:03PM  3    INJUNCTION TOLD ME TO STOP THROWING STONES AT SUSIE.  I NEVER

04:03PM  4    THREW ANY STONES.

04:03PM  5        IT'S EXTREMELY ANALOGOUS EXCEPT THAT THEY HAVE A DIFFERENT

04:04PM  6    NAME FOR THE SECOND COURT THERE AS OPPOSED TO WE WOULD CALL IT

04:04PM  7    THE UNITED STATES DISTRICT COURT, IT'S JUST ONE WOULD BE FOR

04:04PM  8    THE SOUTHERN DISTRICT OF NEW YORK AND ONE WOULD BE FOR THE

04:04PM  9    NORTHERN DISTRICT OF CALIFORNIA.

04:04PM  10            MR. POPOVIC:  IF THAT ANALOGY PROVED TRUE THEN I

04:04PM  11   WOULD SAY IN THAT SECOND ACTION YOU'VE GOT TO SERVE PROCESS IN

04:04PM  12   NEW YORK.  YOU CAN'T JUST SAY BECAUSE THEY APPEARED IN

04:04PM  13   CALIFORNIA, THEREFORE, THE COURT OF NEW YORK HAS JURISDICTION.

04:04PM  14            MR. MOONEY:  I CERTAINLY AGREE WITH THAT.  I THINK

04:04PM  15   THAT JUST GOES BACK TO OUR ORIGINAL QUESTION ABOUT IN THIS

04:04PM  16   INSTANCE IN A FOREIGN COURT.

04:04PM  17            THE COURT:  OKAY.

04:04PM  18        ANYTHING ELSE THAT YOU'D LIKE ME TO KNOW?  I KNOW WE

04:04PM  19   TALKED ABOUT THE OTHER CALIFORNIA STATUTE, THE OTHER ITEMS

04:04PM  20   THERE.  I DON'T THINK I NEED ANY HELP ON THOSE BUT OR --

04:04PM  21            MR. POPOVIC:  WELL, IF YOUR HONOR -- SO THE OTHER

04:04PM  22   ITEMS, I MEAN, IN TALKING ABOUT PERSONAL JURISDICTION, I THINK

04:04PM  23   WE TOUCHED ON, WE ADDRESSED DUE PROCESS, AND WE ALSO ADDRESSED

04:04PM  24   THE LACK OF NOTICE.  BUT WE HAVE NOT, I THINK, ADDRESSED FRAUD.

04:04PM  25        SO IF YOUR HONOR -- THE ISSUE THERE AS I SEE IT IS A

04:05PM  1      QUESTION OF WHETHER THE FRAUD IS INTRINSIC FRAUD OR EXTRINSIC

04:05PM  2      FRAUD.

04:05PM  3          INTRINSIC FRAUD MEANS SOMEBODY LIES ON THE STAND, AND YOU

04:05PM  4      HAVE YOUR OPPORTUNITY TO CROSS-EXAMINE THEM, AND IF YOU DON'T

04:05PM  5      DO THAT, EVEN THOUGH THEY MAY HAVE DEFRAUDED THE COURT, THAT'S

04:05PM  6      NOT A BASIS TO SET ASIDE THE JUDGMENT.

04:05PM  7          EXTRINSIC FRAUD IS SOMETHING THAT PREVENTS A PARTY FROM

04:05PM  8      PUTTING ON ITS CASE, AND THAT'S WHAT HAPPENED HERE.

04:05PM  9          FIRST OF ALL, THERE'S NO DISPUTE.  PLAINTIFFS HAVE NEVER

04:05PM  10     DENIED THAT THEY FAILED OR THAT THE DE FONTBRUNE FAILED TO

04:05PM  11     DISCLOSE THE TRANSFER OF THE COPYRIGHTS TO THE ENFORCEMENT

04:05PM  12     COURT IN FRANCE.  THAT FACT IS UNDISPUTED.

04:05PM  13         THE ISSUE IS A LEGAL ISSUE OF WHETHER THAT FAILURE TO

04:05PM  14     DISCLOSE CONSTITUTES INTRINSIC FRAUD OR EXTRINSIC FRAUD OR I

04:05PM  15     ASSUME PLAINTIFFS WILL ARGUE THAT IT WASN'T FRAUD AT ALL, BUT

04:05PM  16     FROM OUR POSITION IT WAS A PERTINENT FACT TO THE COURT, INDEED

04:05PM  17     THE SUBSEQUENT CASE WHERE THE COURT SUE SPONTE FOUND A LACK OF

04:06PM  18     STANDING SHOWS JUST HOW PERTINENT IT WAS THAT WAS CONCEALED

04:06PM  19     FROM THE COURT.

04:06PM  20         AND UNDER THE CASE LAW, THAT COMBINATION OF CONCEALING

04:06PM  21     THAT FACT FROM THE COURT AND IN THIS CASE THE FACT THAT THERE

04:06PM  22     WAS NO SERVICE OF PROCESS MEANS THAT THE DEFENDANTS DID NOT

04:06PM  23     HAVE AN OPPORTUNITY TO ADDRESS THAT FRAUD IN THE UNDERLYING

04:06PM  24     FRENCH PROCEEDINGS.

04:06PM  25         AND THERE ARE -- THE CASES THAT WE HAVE CITED, THE PENTZ

04:06PM 1   VERSUS KUPPINGER CASE AND THE DE LA MATA CASE BOTH INVOLVE

04:06PM 2   ANALOGOUS CIRCUMSTANCES WHERE THERE WAS A FAILURE TO DISCLOSE

04:06PM 3   SOME FACT TO THE COURT THAT WAS DEEMED TO BE EXTRINSIC FRAUD.

04:06PM 4       PERHAPS THE CLASSIC EXAMPLE OF EXTRINSIC FRAUD IS WHEN A

04:06PM 5   PARTY PUTS THE WRONG COURT ADDRESS OR DOES SOME OTHER THING

04:06PM 6   THAT MAKES IT SO PHYSICALLY THE DEFENDANT CAN'T APPEAR, BUT

04:07PM 7   IT'S NOT LIMITED TO THAT.

04:07PM 8       THERE ARE OTHER THINGS THAT A PLAINTIFF CAN DO THAT ARE A

04:07PM 9   FRAUD UPON THE COURT THAT IF THEY WERE SOMEHOW CALLED TO THE

04:07PM 10  DEFENDANT'S ATTENTION, THE DEFENDANT MIGHT HAVE AN OPPORTUNITY

04:07PM 11  TO TRY AND ADDRESS THEM IN THE UNDERLYING PROCEEDINGS, BUT IF

04:07PM 12  THEY ARE NOT CALLED TO THE DEFENDANT'S ATTENTION, THEN THERE'S

04:07PM 13  NO OPPORTUNITY TO ADDRESS THEM, AND, THEREFORE, THE DEFENDANT

04:07PM 14  IS DEPRIVED OF ITS DAY IN COURT, AND THAT CONSTITUTES EXTRINSIC

04:07PM 15  FRAUD.

04:07PM 16          THE COURT:  OKAY.  DO YOU WANT TO SPEAK TO THE FRAUD

04:07PM 17  ISSUE?

04:07PM 18          MR. MOONEY:  WELL, FIRST OF ALL, I DON'T THINK

04:07PM 19  THERE'S ANY ISSUE OF FRAUD.  I MEAN, OUR VIEW, AND OBVIOUSLY

04:07PM 20  IT'S HIGHLY CONTESTED WITH HUGE DECLARATIONS, IS THAT THE COURT

04:07PM 21  WAS TOLD EVERYTHING CORRECTLY AND TRUTHFULLY AND THAT HE WAS

04:07PM 22  ENTITLED TO THE JUDGMENT.

04:07PM 23      BUT EVEN IF WE ASSUME THAT THE PLEADING, WHAT WE WOULD

04:07PM 24  CALL A COMPLAINT, RIGHT, HAD FALSE STATEMENTS IN IT, THERE'S NO

04:07PM 25  QUESTION THAT THAT IS INTRINSIC FRAUD.

04:07PM 1      COMMENTS TO THE CODE SPECIFIC TO THE ACT SPECIFICALLY SAY

04:08PM 2   FALSE TESTIMONY, FORGED DOCUMENTS, PRESUMABLY LYING IN A

04:08PM 3   COMPLAINT IS EVEN LESS BAD THAN FORGED DOCUMENTS.  THAT'S ALL

04:08PM 4   INTRINSIC.

04:08PM 5      NOTHING FRAUDULENT -- THERE WAS NO FRAUDULENT STATEMENT

04:08PM 6   ABOUT THE ADDRESS OF THE DEFENDANT BY THE PLAINTIFF.  EVEN IF

04:08PM 7   WE ASSUMED THERE WAS FRAUD, IT WENT TO THE MERITS, AND IT DID

04:08PM 8   NOT GO TO WHETHER THEY COULD APPEAR OR NOT.

04:08PM 9      I THINK I'VE SAID ENOUGH.  I APPRECIATE THE AMOUNT OF TIME

04:08PM 10  THAT YOUR HONOR HAS GIVEN US.

04:08PM 11         MR. POPOVIC:  AND I DO AS WELL, YOUR HONOR, AND I

04:08PM 12  DON'T WANT TO OVERSTAY MY WELCOME IN THAT SENSE, BUT I THINK

04:08PM 13  JUST BRIEFLY ON THE PUBLIC POLICY POINT.

04:08PM 14      I JUST WANT TO MAKE ONE -- ON THE PUBLIC POLICY DEFENSE, I

04:08PM 15  WANT TO MAKE ONE POINT WHICH IS THAT THE NINTH CIRCUIT CASE

04:08PM 16  THAT HAS BEEN REFERRED TO BY PLAINTIFF, THE OHNO CASE,

04:09PM 17  SPECIFICALLY CONTEMPLATES THAT A FAIR USE DEFENSE COULD

04:09PM 18  IMPLICATE REPUGNANCY TO PUBLIC POLICY UNDER THE FIRST

04:09PM 19  AMENDMENT.

04:09PM 20      SO IN FOOTNOTE 23 IN THAT CASE THE COURT REFERS TO THE

04:09PM 21  SARL LOUIS FERAUD CASE FROM NEW YORK AND SAYS THAT "THE

04:09PM 22  DISTRICT COURT HAD HELD THE FRENCH JUDGMENT REPUGNANT TO PUBLIC

04:09PM 23  POLICY ON THE GROUNDS THAT IT WAS FUNDAMENTALLY AT ODDS WITH

04:09PM 24  PRINCIPLES OF FREE EXPRESSION PROTECTED BY THE U.S. AND NEW

04:09PM 25  YORK CONSTITUTION."  THEN IT CITES THE LOUIS FERAUD CASE AND

04:09PM  1    SAID, "THE SECOND CIRCUIT VACATED AND REMANDED FOR A MORE

04:09PM  2    THOROUGH COMPARISON OF THE FRENCH AND U.S. COPYRIGHT LAW AND

04:09PM  3    THE FAIR USE EXEMPTION FOR FIRST AMENDMENT PROTECTED ACTIVITY."

04:09PM  4        SO THAT IS IN THE CONTEXT OF WHETHER THIS FOREIGN JUDGMENT

04:09PM  5    FOR COPYRIGHT INFRINGEMENT SHOULD BE RECOGNIZED OR SHOULD BE

04:09PM  6    DENIED RECOGNITION BECAUSE IT IS CONTRARY TO PUBLIC POLICY.

04:10PM  7        PLAINTIFFS HAVE ARGUED THAT THE FAIR USE ISSUE THAT WE

04:10PM  8    HAVE RAISED DOESN'T RISE TO THAT LEVEL.  THE NINTH CIRCUIT HAS

04:10PM  9    SPECIFICALLY RECOGNIZED IT AS SOMETHING THAT MAY RISE TO THAT

04:10PM  10   LEVEL.

04:10PM  11       THE COURT:  OKAY.  THANK YOU FOR THAT.

04:10PM  12       MR. MOONEY:  I MEAN, MY ONLY POINT ON THIS IS THAT

04:10PM  13   THERE'S A COMMERCIAL DISPUTE BETWEEN TWO SETS OF VERY RICH

04:10PM  14   PEOPLE AND PHOTOGRAPHS ABOUT ART.

04:10PM  15       EVEN IF THE SARL CASE CAME OUT THE WAY THE DEFENDANTS

04:10PM  16   WOULD WANT IT TO COME OUT IN THE COURT BELOW, THAT WAS A NEWS

04:10PM  17   CASE.  THE ISSUE WAS WHETHER THEY COULD BE STOPPED FROM USING

04:10PM  18   IMAGES OF A PUBLIC THING OF A PUBLIC INTEREST.  THIS IS A

04:10PM  19   DISPUTE ABOUT A VERY ARCANE ISSUE, ABOUT A VERY ARCANE SEGMENT

04:10PM  20   OF THE ART MARKET INVOLVING WORK SOLD FOR THOUSANDS OF DOLLARS

04:10PM  21   BY BOTH PARTIES.

04:10PM  22       THERE'S NO CHANCE THAT A FAIR USE DEFENSE WOULD SUCCEED

04:10PM  23   AND EVEN IF IT DID, THE NINTH CIRCUIT MADE VERY CLEAR THAT

04:10PM  24   THERE ARE PLENTY OF THINGS THAT COULD NOT BE JUDGMENTS ENTERED

04:10PM  25   BY UNITED STATES COURTS THAT ARE NOT, QUOTE-UNQUOTE, "SO

04:11PM  1    OFFENSIVE AS TO BE PREJUDICIAL TO RECOGNIZE STANDARDS OF

04:11PM  2    MORALITY."  I THINK THAT THIS IS REALLY A COMMON SENSE

04:11PM  3    QUESTION.

04:11PM  4            THE COURT:  THE LANGUAGE IS PRETTY FIERCE, ISN'T IT?

04:11PM  5            MR. POPOVIC:  IT IS FIERCE, BUT I THINK THAT THIS

04:11PM  6    IS -- I'M NOT GOING TO REPEAT WHAT IS IN OUR PAPERS, BUT I

04:11PM  7    THINK WE HAVE AS GOOD OF A CASE AS I HAVE EVER SEEN OF A FAIR

04:11PM  8    USE ISSUE.

04:11PM  9       AND I DO TAKE ISSUE WITH COUNSEL'S CHARACTERIZATION OF OUR

04:11PM  10   CLIENTS WHICH APPEARED IN A FEW PLACES AS A WEALTHY INDIVIDUAL

04:11PM  11   WHO IS SELLING BOOKS FOR THOUSANDS OF DOLLARS.

04:11PM  12      FIRST OF ALL, THERE'S NO EVIDENCE OF PLAINTIFF'S WEALTH OR

04:11PM  13   LACK OF WEALTH OR OTHER DEFENDANT'S WEALTH OR LACK OF WEALTH.

04:11PM  14      SECOND OF ALL, THE BOOKS AS THE VERY EXHIBIT THAT

04:11PM  15   PLAINTIFFS HAVE ATTACHED SHOWS SELL FOR $150 A VOLUME AND THERE

04:11PM  16   ARE TWO VOLUMES AT ISSUE HERE.  SO IT'S $300 FOR THE BOOKS.

04:11PM  17      THE LAST THING THAT I WOULD LIKE TO BRIEFLY ADDRESS IS THE

04:11PM  18   DEFENSE BASED ON SUBSTANTIAL DOUBT ABOUT THE INTEGRITY OF THE

04:11PM  19   RENDERING COURT.

04:11PM  20      AND I WANT TO BE VERY CLEAR WITH YOUR COURT -- WITH YOUR

04:12PM  21   HONOR THAT WE ARE NOT IN ANY WAY ATTEMPTING TO IMPUGN THE

04:12PM  22   INTEGRITY OF THE JUDGE WHO SAT IN THE FRENCH CASE, NOR IS THAT

04:12PM  23   REQUIRED.

04:12PM  24      SO THE SUGGESTION THAT WE ARE CALLING IT A DULY APPOINTED

04:12PM  25   JUDICIAL OFFICIAL IN AN ADVANCED DEMOCRACY A CROOK, THAT'S

04:12PM   1     REALLY NOT FAIR.  THAT'S NOT WHAT IS HAPPENING.

04:12PM   2         WHAT WE'RE TALKING ABOUT HERE IS A SET OF CIRCUMSTANCES

04:12PM   3     THAT IF YOU LOOK AT THE TOTALITY OF WHAT HAPPENED IN THE FRENCH

04:12PM   4     PROCEEDINGS, THERE'S GOOD REASON TO QUESTION THE INTEGRITY OF

04:12PM   5     THOSE PROCEEDINGS.  THERE WAS A LACK OF NOTICE.  THERE WAS

04:12PM   6     FRAUDULENT CONCEALMENT OF AN IMPORTANT FACT.  THERE WAS A LACK

04:12PM   7     OF PROOF AS TO HOW THE BOOKS GOT TO FRANCE, AS TO WHAT WAS IN

04:12PM   8     THEM.  THERE WAS AN AWARD IN AN ARBITRARY AND PUNITIVE AMOUNT.

04:12PM   9         THE NOTION THAT THE EXISTENCE OF A COUPLE OF BOOKS IN A

04:12PM  10     BOOKSTORE COULD CAUSE THE PLAINTIFF TO SUFFER 2 MILLION EUROS

04:12PM  11     IN DAMAGE, THAT'S KIND OF HARD TO ACCEPT.  AND THERE'S NO

04:13PM  12     REQUIREMENT IN THE STATUTE THAT THERE HAS TO BE, QUOTE,

04:13PM  13     "CORRUPTION IN THE COURT."

04:13PM  14         AND INDEED THERE'S A CASE THAT IS CITED IN OUR PAPERS FROM

04:13PM  15     THE CENTRAL DISTRICT FROM JUDGE BEVERLY REID O'CONNELL, AND I'M

04:13PM  16     SORRY THAT WE KEEP RETURNING TO PEOPLE WHO HAVE SADLY PASSED

04:13PM  17     AWAY TOO SOON, BUT WHERE SHE TALKS ABOUT A CASE BASED ON --

04:13PM  18     THAT WOULD TRIGGER THIS DEFENSE THAT IS BASED ON FACTS THAT DO

04:13PM  19     NOT INCLUDE CORRUPTION.

04:13PM  20         SO IN THAT CASE THE LACK OF INTEGRITY WAS BASED ON AND

04:13PM  21     THIS IS THE ANYANG XINYI ELECTRIC GLASS CASE AT 2016 WESTLAW

04:13PM  22     7435482.  IN THAT CASE THE FOREIGN COURT IGNORED THE

04:13PM  23     DEFENDANT'S ARGUMENT THAT PLAINTIFFS SUBMITTED FORGED

04:13PM  24     DOCUMENTS.  THE FOREIGN COURT ALLEGEDLY PERMITTED A -- ONE FIRM

04:13PM  25     TO REPRESENT BOTH SIDES IN A RELATED LAWSUIT, AND THE FOREIGN

04:14PM 1    COURT IMPROPERLY DISREGARDED AN ARBITRATION PROVISION.

04:14PM 2         THERE'S NO ALLEGATION THAT THE FOREIGN JUDGE ACCEPTED A

04:14PM 3    BRIBE OR DID ANYTHING LIKE THAT, AND THAT WAS ENOUGH FOR JUDGE

04:14PM 4    O'CONNELL TO SAY THAT THAT TRIGGERS THIS DEFENSE OF A LACK OF

04:14PM 5    INTEGRITY.

04:14PM 6              THE COURT:  SO I'M JUST CURIOUS, AND THIS IS APROPOS

04:14PM 7    OF NOTHING PERHAPS OTHER THAN MY CURIOSITY, BUT HAS YOUR CLIENT

04:14PM 8    PAID ANYTHING ON THE JUDGMENT AT ALL?  HAS THERE BEEN ANY

04:14PM 9    PAYMENT ON THE FRENCH JUDGEMENT?

04:14PM 10             MR. POPOVIC:  NOT THAT I'M AWARE OF.

04:14PM 11             THE COURT:  OKAY.  ALL RIGHT.  MR. MOONEY, ANYTHING

04:14PM 12   IN CLOSING, SIR?

04:14PM 13             MR. MOONEY:  I THINK IF OPPOSING COUNSEL AGREES THAT

04:14PM 14   THEY ARE NOT CALLING THE JUDGE IN FRANCE A CROOK OR CORRUPT,

04:14PM 15   THEN WE SHOULD WIN THIS ARGUMENT.

04:14PM 16             THE COURT:  ANYTHING FURTHER?

04:14PM 17             MR. POPOVIC:  NO, YOUR HONOR.

04:14PM 18             THE COURT:  MS. PEARCE, ANYTHING FURTHER?

04:14PM 19             MS. PEARCE:  NO, YOUR HONOR.

04:14PM 20             THE COURT:  WELL, THANK YOU VERY MUCH.  I APPRECIATE

04:14PM 21   THE CONVERSATION.  IT'S BEEN VERY HELPFUL.

04:14PM 22             MR. POPOVIC:  THANK YOU VERY MUCH, YOUR HONOR.

04:14PM 23             MR. MOONEY:  THANK YOU, YOUR HONOR.

04:14PM 24             THE COURT:  IT'S A FASCINATING CASE AND A

04:14PM 25   CHALLENGING ONE.

04:15PM  1          MR. POPOVIC:  THANK YOU, YOUR HONOR.  WE APPRECIATE

04:15PM  2    YOU ALLOWING US THE TIME TO DISCUSS IT.

04:15PM  3          THE COURT:  NOT AT ALL.  MATTER IS UNDER SUBMISSION.

04:15PM  4          MR. MOONEY:  THANK YOU, YOUR HONOR.

04:15PM  5        (COURT CONCLUDED AT 4:15 P.M.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3                    CERTIFICATE OF REPORTER

4

5

6

7        I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED

8   STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,

9   280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY

10  CERTIFY:

11       THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12  A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13  ABOVE-ENTITLED MATTER.

14

15

16       IRENE RODRIGUEZ, CSR, RMR, CRR
         CERTIFICATE NUMBER 8074

17

18                    DATED:  OCTOBER 10, 2018

19

20

21

22

23

24

25