UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

SEP 14 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| VINCENT SICRE DE FONTBRUNE, in their capacity as the personal representatives of the Estate of YVES SICRE DE FONTBRUNE; et al.,<br><br>Plaintiffs - Appellants,<br><br>v.<br><br>ALAN WOFSY and ALAN WOFSY & ASSOCIATES,<br><br>Defendants - Appellees. | No. 19-16913<br><br>D.C. No. 5:13-cv-05957-EJD<br>U.S. District Court for Northern California, San Jose<br><br>**MANDATE** |
| VINCENT SICRE DE FONTBRUNE, in their capacity as the personal representatives of the Estate of YVES SICRE DE FONTBRUNE; et al.,<br><br>Plaintiffs - Appellees,<br><br>v.<br><br>ALAN WOFSY and ALAN WOFSY & ASSOCIATES,<br><br>Defendants - Appellants. | No. 19-17024<br><br>D.C. No. 5:13-cv-05957-EJD<br>U.S. District Court for Northern California, San Jose |

The judgment of this Court, entered July 13, 2022, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: David J. Vignol
Deputy Clerk
Ninth Circuit Rule 27-7