SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
NEIL A.F. POPOVIĆ, Cal. Bar No. 132403
Email:  npopovic@sheppardmullin.com
MARGARET M. SHEERIN, Cal. Bar No. 346641
Email:  msheerin@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, CA  94111
Telephone:     415.434.9100
Facsimile:      415.434.3947

MATTHEW G. HALGREN, Cal. Bar No. 305918
Email:  mhalgren@sheppardmullin.com
501 West Broadway, 18th Floor
San Diego, CA 92101
Telephone:     619.338.6500
Facsimile:      619.234.3815

Attorneys for Defendants ALAN WOFSY and
ALAN WOFSY & ASSOCIATES

**GRANTED**
Judge Edward J. Davila
Dec. 19, 2023

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT SICRE DE FONTBRUNE; LOAN SICRE DE FONTBRUNE; ADEL SICRE DE FONTBRUNE; ANAIS SICRE DE FONTBRUNE, in their capacity as personal representatives of the Estate of Yves Sicre de Fontbrune,<br><br>        Plaintiffs,<br><br>    v.<br><br>ALAN WOFSY, an individual; ALAN WOFSY & ASSOCIATES; DOES 1 through 100, inclusive,<br><br>        Defendants. | Case No. 5:13-cv-05957 EJD<br><br>**STIPULATION PURSUANT TO N.D. CAL. CIV. L.R. 6-2 TO CONTINUE DEADLINES**<br><br>[*Declaration of Neil A.F. Popović Filed Concurrently Herewith*]<br><br>Crtrm.:    4, Fifth Floor<br>Judge:    Hon. Edward J. Davila |

## STIPULATION TO CONTINUE DEADLINES

For the reasons stated in the concurrently filed declaration of Neil A.F. Popović, the parties to the above-entitled action hereby stipulate to continue the deadlines to file voir dire questions, proposed jury instructions, proposed jury verdict forms, the short neutral statement of the case, and the final pretrial conference statement by three days, thereby changing those deadlines from December 19, 2023 to December 22, 2023.  The parties also stipulate to continue the deadlines to file the joint witness list and the joint exhibit list by three days from December 26, 2023 to December 29, 2023.  This continuance will not affect the trial date or any other deadline in this case.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: December 18, 2023          /s/ Richard Mooney
                                  Counsel for Plaintiffs

DATED: December 18, 2023          /s/ Neil A.F. Popović
                                  Counsel for Defendants

Filer's attestation:  By his signature above, Neil A.F. Popović attests that Richard Mooney concurs in the filing of this document.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: December 19, 2023

Honorable Edward J. Davila
UNITED STATES DISTRICT JUDGE