UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YVES SICRE DE FONTBRUNE,<br><br>Plaintiff,<br><br>v.<br><br>ALAN WOFSY, et al.,<br><br>Defendants. | Case No.   5:13-cv-05957-EJD<br><br>**ORDER REGARDING EXPEDITED DISCOVERY** |

On September 18, 2024, the Court held a status conference and counsel for Plaintiff and Defendants appeared. *See* ECF No. 193.

In consideration of the new French Agreement that Plaintiff submitted to the Court on September 4, 2024, ECF No. 187, the Court finds it appropriate to permit limited 30-day expedited discovery related to documents and other ancillary issues that arise from the French Agreement, timing subject to the availability of witnesses and parties. At the conclusion of the expedited discovery, the parties are ordered to meet and confer regarding the results of the discovery.

The Court **SETS** a further virtual status conference on November 1, 2024, at 10:00 a.m. to discuss the results of the discovery and the status of the case. Prior to the status conference, the parties are ordered to submit a joint statement by October 23, 2024, informing the Court whether the parties wish to submit additional briefing in support of or in opposition to the pending motion for summary judgment, and if so, a proposed briefing schedule. The parties also must include in the statement an updated forecast of the issues that still remain for the Court to decide after resolution of the pending motion for summary judgment, and a plan for resolving those issues prior to jury trial. If the parties reach any other stipulations prior to the status conference, the

Case No.: 5:13-cv-05957-EJD
ORDER REGARDING EXPEDITED DISCOVERY
1

parties may file such stipulations at any time.

In recognition of the additional time needed to resolve the remaining issues, the Court **VACATES** the current trial schedule and **RESETS** jury trial to begin on May 7, 2025.

**IT IS SO ORDERED.**

Dated: September 18, 2024

EDWARD J. DAVILA
United States District Judge

Case No.: 5:13-cv-05957-EJD
ORDER REGARDING EXPEDITED DISCOVERY

2